**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 03, 2025

Maria Ann Lanahan
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO 63101

RE: 25-1664 D. Rockett, et al v. Eric Eighmy

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc: Juliana M. Bartoli
Hugh Athelstan Eastwood
Christopher Hoell
Adam J. Merello
Jeannine Rankin
W. Bevis Schock
Kevin Mark Smith
Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 6:21-cv-03152-MDH

**Caption For Case Number: 25-1664**

D. Bart Rockett, as next friend of his minor child, B.R.; Kadan Rockett

Plaintiffs - Appellees

v.

Eric Eighmy, in his individual capacity only

Defendant - Appellant

**Addresses For Case Participants: 25-1664**


Maria Ann Lanahan
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO 63101

Juliana M. Bartoli
ATTORNEY GENERAL'S OFFICE
Attorney General's Office
Suite 401
615 E. 13th Street
Kansas City, MO 64106

Hugh Athelstan Eastwood
Suite 400
8112 Maryland Avenue
Saint Louis, MO 63105

Christopher Hoell
LAW OFFICE OF CHRIS HOELL, LLC
Suite 300
7911 Forsyth Boulevard
Clayton, MO 63105

Adam J. Merello
ATTORNEY GENERAL'S OFFICE
Attorney General's Office
Suite 401
615 E. 13th Street
Kansas City, MO 64106

Jeannine Rankin
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806-0000

W. Bevis Schock
7777 Bonhomme Avenue
Saint Louis, MO 63105-0000

Kevin Mark Smith
ATTORNEY GENERAL'S OFFICE
Attorney General's Office
Suite 401
615 E. 13th Street
Kansas City, MO 64106

Paige A. Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
Suite 1400
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000