# U.S. District Court
# Western District of Missouri (Springfield)
# CIVIL DOCKET FOR CASE #: 6:21−cv−03152−MDH
## *Internal Use Only*

Rockett v. Eighmy
Assigned to: District Judge M. Douglas Harpool
Case in other court: 8th USCA, 21−03903
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 06/16/2021
Date Terminated: 12/12/2024
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**D. Bart Rockett**
*as next friend of his minor child B.R.*

represented by

**W. Bevis Schock**
W. Bevis Schock, Attorney at Law
7777 Bonhomme, Ste. 1300
St. Louis, MO 63105
314−726−2322
Fax: 314−721−1698
Email: wbschock@schocklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Christopher Roger Hoell**
Missouri Attorney General's Office−StL
815 Olive Street
Suite 200
St. Louis, MO 63101
314−340−7861
Fax: 314−340−7029
Email: crh@hoell−law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Hugh A. Eastwood**
Hugh A. Eastwood, Attorney at Law
8112 Maryland Ave., Suite 400
Saint Louis, MO 63105
314−809−2343
Fax: 314−228−0107
Email: heastwood@eastwoodlawstl.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Kadan Rockett**

represented by

**Hugh A. Eastwood**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**W. Bevis Schock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Christopher Roger Hoell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

| | | |
|---|---|---|
| **Eric Dell Eighmy**<br>*in his individual capacity only* | represented by | **Adam J. Merello**<br>Office of The Missouri Attorney General<br>615 E. 13th Street<br>Suite 401<br>Kansas City, MO 64106<br>816−889−5008<br>Email: adam.merello@ago.mo.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br><br>**Cara Harris**<br>Taylor, Stafford, Clithero & Harris<br>3315 E. Ridgeview<br>Suite 1000<br>Springfield, MO 65806<br>417−887−2020<br>Fax: 417−887−8431<br>Email: cara.harris@ago.mo.gov<br>***TERMINATED: 10/03/2022***<br>*LEAD ATTORNEY*<br>*Bar Status: Inactive*<br><br>**Eliot Michael Gusdorf**<br>Missouri Attorney General's Office<br>Old Post Office Building<br>815 Olive Street<br>Suite 200<br>St. Louis, MO 63101<br>314−340−6848<br>Fax: 314−340−7029<br>Email: Eliot.Gusdorf@ago.mo.gov<br>***TERMINATED: 12/05/2023*** |

*LEAD ATTORNEY*
*Bar Status: Active*

**H Anthony Relys**
TGH Litigation, LLC
28 N. 8th St.
Ste. 317
Columbia, MO 65201
573−256−2850
Email: tony@tghlitigation.com
***TERMINATED: 09/30/2021***
*LEAD ATTORNEY*
*Bar Status: Active*

**John Patrick Sullivan**
Missouri Attorney General's Office−KC
615 East 13th Street
Suite 401
Kansas City, MO 64106
573−751−1663
Email: patrick.sullivan@ago.mo.gov
***TERMINATED: 09/19/2023***
*LEAD ATTORNEY*
*Bar Status: Active*

**Juliana M. Bartoli**
Office of The Missouri Attorney General
615 E. 13th Street
Suite 401
Kansas City, MO 64106
816−889−5063
Email: juliana.bartoli@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kevin Mark Smith**
Missouri Attorney General's Office−KC
615 East 13th Street
Suite 401
Kansas City, MO 64106
816−889−5016
Email: Kevin.Smith@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael E. Talent**
James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017

314−949−3018
Email: michael.talent@james−otis.com
***TERMINATED: 09/19/2023***
*LEAD ATTORNEY*
*Bar Status: Active*

**Thomas Kondro**
Missouri Attorney General's Office−Spfd
149 Park Central Square
Ste. 1017
Springfield, MO 65806
417−895−6594
Fax: 417−895−6382
Email: tkondro@live.com
***TERMINATED: 12/28/2021***
*LEAD ATTORNEY*
*Bar Status: Active*

**Joshua Joseph Sieg**
Charles Whittaker Courthouse
400 E 9th St
Kansas City, MO 64106
816−512−5097
Email: joshua_sieg@mow.uscourts.gov
***TERMINATED: 08/29/2024***
*Bar Status: Inactive*

**Maria Ann Lanahan**
Office of the Missouri Attorney General
815 Olive Street
Suite 200
Saint Louis, MO 63101
314−340−4978
Email: maria.lanahan@ago.mo.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**interested party**

**Custodian of Records, Missouri Commission on Retirement, Discipline, and Removal of Judges**

represented by

**Timothy P. Duggan**
Missouri Attorney General's Office−JC
P.O. Box 899
Jefferson City, MO 65102
573−751−9802
Email: tim.duggan@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/16/2021 | 1 | COMPLAINT against Honorable Eric Dell Eighmy by Plaintiff. Filing fee $402, receipt number AMOWDC−7457178. Service due by 9/14/2021 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Eastwood, Hugh) (Attachment(s) added on 6/17/2021: # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) NEF regenerated. (Keller, Jeanne). (Entered: 06/16/2021) |
| 06/16/2021 | 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.**<br><br>**Notice of MAP assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Keller, Jeanne) (Entered: 06/16/2021) |
| 06/16/2021 | | SUMMONS ISSUED as to Eric Dell Eighmy, and emailed to Plaintiff's counsel. (Keller, Jeanne) (Entered: 06/16/2021) |
| 06/25/2021 | 3 | NOTICE of appearance by Thomas Kondro on behalf of Eric Dell Eighmy (Attorney Thomas Kondro added to party Eric Dell Eighmy(pty:dft))(Kondro, Thomas) (Entered: 06/25/2021) |
| 06/25/2021 | 4 | NOTICE of appearance by H Anthony Relys on behalf of Eric Dell Eighmy (Attorney H Anthony Relys added to party Eric Dell Eighmy(pty:dft))(Relys, H) (Entered: 06/25/2021) |
| 06/25/2021 | 5 | RETURN OF WAIVER OF SERVICE filed by D. Bart Rockett. Waiver sent to Eric Dell Eighmy on 6/16/2021, answer due 8/16/2021. (Eastwood, Hugh) (Entered: 06/25/2021) |
| 07/02/2021 | 6 | MOTION to seal document 1 Complaint, *Exhibit 4 [Doc. #1−5]* filed by Hugh A. Eastwood on behalf of D. Bart Rockett. Suggestions in opposition/response due by 7/16/2021 unless otherwise directed by the court. (Related document(s) 1 ) (Eastwood, Hugh) (Entered: 07/02/2021) |
| 07/06/2021 | 7 | ORDER granting 6 unopposed motion to seal document. The Court grants the motion to seal Exhibit 4 of the Complaint. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 07/06/2021) |
| 07/19/2021 | 8 | RULE 16 NOTICE. Proposed scheduling order due by 9/2/2021. Rule 26 conference due by 8/18/2021. Signed on 7/19/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 07/19/2021) |
| 07/21/2021 | | NOTICE of filing: Mediation and Assessment Program Reminder: Your Designation of Mediator is due soon (filed as an ADR event in CM/ECF). See Notice of Inclusion and MAP General Order for specifics. (ADI, MAP) (Entered: 07/21/2021) |
| 08/09/2021 | 9 | Consent MOTION for protective order filed by Hugh A. Eastwood on behalf of D. Bart Rockett. Suggestions in opposition/response due by 8/23/2021 unless otherwise directed by the court. (Attachments: # 1 Exhibit Joint Proposed Protective Order)(Eastwood, Hugh) (Attachment 1 replaced on 8/10/2021) (Furtak, Rebecca). (Entered: 08/09/2021) |
| 08/10/2021 | 10 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Thomas Kondro on behalf of Defendant Eric Dell Eighmy.(Kondro, Thomas) (Entered: 08/10/2021) |

| | | |
|---|---|---|
| 08/11/2021 | 11 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett.(Eastwood, Hugh) (Entered: 08/11/2021) |
| 08/11/2021 | 12 | CERTIFICATE OF SERVICE by D. Bart Rockett *First Supplemental Rule 26 disclosures* filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett.(Eastwood, Hugh) (Entered: 08/11/2021) |
| 08/12/2021 | 13 | PROTECTIVE ORDER. Motions terminated: 9 Consent MOTION for protective order filed by D. Bart Rockett. Signed on 8/12/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 08/12/2021) |
| 08/13/2021 | 14 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of All Defendants. Suggestions in opposition/response due by 8/27/2021 unless otherwise directed by the court. (Kondro, Thomas) (Entered: 08/13/2021) |
| 08/13/2021 | 15 | SUGGESTIONS in support re 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of Defendant Eric Dell Eighmy. (Attachments: # 1 Exhibit Defendant's Exhibit A, # 2 Exhibit Defendant's Exhibit B)(Related document(s) 14 ) (Kondro, Thomas) (Entered: 08/13/2021) |
| 08/13/2021 | 16 | DESIGNATION OF MEDIATOR naming Peter Dunne(Eastwood, Hugh) (Entered: 08/13/2021) |
| 08/13/2021 | 17 | Joint PROPOSED SCHEDULING ORDER by D. Bart Rockett. (Eastwood, Hugh) (Entered: 08/13/2021) |
| 08/18/2021 | | NOTICE of filing: Mediation and Assessment Program Reminder: Your post−mediation status report is due within 10 calendar days after the mediation. See MAP FAQs on Court's website for specifics and submit report(s) to: map@mow.uscourts.gov. (ADI, MAP) (Entered: 08/18/2021) |
| 08/25/2021 | 18 | Consent MOTION for leave to file excess pages filed by Bevis Schock on behalf of D. Bart Rockett. Suggestions in opposition/response due by 9/8/2021 unless otherwise directed by the court. (Schock, Bevis) (Entered: 08/25/2021) |
| 08/25/2021 | 19 | ORDER granting 18 motion for leave to file excess pages. Signed on 8/25/21 by District Judge M. Douglas Harpool. This is a TEXT ONLY ENTRY. No document is attached. (Howard, Linda) (Entered: 08/25/2021) |
| 08/25/2021 | 20 | SUGGESTIONS in opposition re 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Bevis Schock on behalf of Plaintiff D. Bart Rockett. Reply suggestions due by 9/8/2021 unless otherwise directed by the court. (Attachments: # 1 Exhibit Ex. 1. Supreme Court Case No. SC98716)(Related document(s) 14 ) (Schock, Bevis) (Entered: 08/25/2021) |
| 08/26/2021 | 21 | Consent MOTION for extension of time to file response/reply as to 20 Suggestions in Opposition to Motion, filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 9/9/2021 unless otherwise directed by the court. (Related document(s) 20 ) (Kondro, Thomas) (Entered: 08/26/2021) |
| 08/31/2021 | 22 | ORDER granting 21 Defendant's unopposed motion for extension of time to file reply suggestions. Defendant's reply is due on or before September 22, 2021. This is a TEXT ONLY ENTRY. No document is attached. (Roubal, Kristen) (Entered: 08/31/2021) |

| | | |
|---|---|---|
| 09/14/2021 | 23 | CERTIFICATE OF SERVICE by D. Bart Rockett re 11 CERTIFICATE of service of initial Rule 26 disclosures *Second Supplemental Disclosures* filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett. Related document: 11 CERTIFICATE of service of initial Rule 26 disclosures filed by D. Bart Rockett.(Eastwood, Hugh) (Entered: 09/14/2021) |
| 09/21/2021 | 24 | Consent MOTION for leave to file excess pages filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/5/2021 unless otherwise directed by the court. (Kondro, Thomas) (Entered: 09/21/2021) |
| 09/22/2021 | 25 | Second MOTION for extension of time to file response/reply as to 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/6/2021 unless otherwise directed by the court. (Related document(s) 14 ) (Kondro, Thomas) (Entered: 09/22/2021) |
| 09/23/2021 | 26 | ORDER granting 24 consent motion for leave to file excess pages and granting 25 consent motion for extension of time to file reply. Defendant shall file his reply suggestions on or before September 27, 2021. This is a TEXT ONLY ENTRY. No document is attached. (Roubal, Kristen) (Entered: 09/23/2021) |
| 09/23/2021 | 27 | REPLY SUGGESTIONS to motion re 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of Defendant Eric Dell Eighmy. (Related document(s) 14 ) (Kondro, Thomas) (Entered: 09/23/2021) |
| 09/29/2021 | 28 | MOTION to withdraw as attorney filed by H Anthony Relys on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/13/2021 unless otherwise directed by the court. (Relys, H) (Entered: 09/29/2021) |
| 09/30/2021 | 29 | ORDER granting 28 motion to withdraw as attorney. Attorney H Anthony Relys terminated as counsel for Defendant. This is a TEXT ONLY ENTRY. No document is attached. (Roubal, Kristen) (Entered: 09/30/2021) |
| 12/09/2021 | 30 | ORDER denying 14 Motion to Dismiss for Failure to State a Claim. Signed on 12/9/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/09/2021) |
| 12/10/2021 | 31 | SCHEDULING AND JURY TRIAL ORDER:( Initial Pretrial Conference set for 1/12/2023 01:00 PM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Jury Trial set for five days beginning 1/23/2023 09:00 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Dispositive Motions due by 9/16/2022., Final Pretrial Conference set for 1/23/2023 08:30 AM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool.), ( Amended Pleadings due by 2/11/2022., Joinder of Parties due by 2/11/2022., Discovery Motions due by 7/29/2022., Status Reports due by 2/2/2022; 5/2/2022, and 8/1/2022.) Discovery due by 8/12/2022. Signed on 12/10/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/10/2021) |
| 12/10/2021 | 32 | RULES OF TRIAL Signed on 12/10/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/10/2021) |
| 12/19/2021 | 33 | NOTICE of appearance by Michael E. Talent on behalf of Eric Dell Eighmy (Attorney Michael E. Talent added to party Eric Dell Eighmy(pty:dft))(Talent, Michael) (Entered: 12/19/2021) |
| 12/20/2021 | 34 | NOTICE OF APPEAL by Eric Dell Eighmy. Filing fee $ 505, receipt number AMOWDC−7719751. (Talent, Michael) (Entered: 12/20/2021) |

| | | |
|---|---|---|
| 12/20/2021 | 35 | Consent MOTION to stay *proceedings pending appeal* filed by Michael E. Talent on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 1/3/2022 unless otherwise directed by the court. (Talent, Michael) (Entered: 12/20/2021) |
| 12/20/2021 | 36 | SUGGESTIONS in support re 35 Consent MOTION to stay *proceedings pending appeal* filed by Michael E. Talent on behalf of Defendant Eric Dell Eighmy. (Related document(s) 35 ) (Talent, Michael) (Entered: 12/20/2021) |
| 12/20/2021 | 37 | ORDER granting 35 motion to stay pending appeal. Defendant has filed a motion for stay pending appeal indicating that Plaintiff has consented to this request. Wherefore, after reviewing the record before the Court, the Court hereby grants the motion and stays this case during the appeal. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 12/20/2021) |
| 12/21/2021 | 38 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 34 Notice of Appeal. (Furtak, Rebecca) (Entered: 12/21/2021) |
| 12/23/2021 | 39 | NOTICE of appearance by Cara Harris on behalf of Eric Dell Eighmy (Attorney Cara Harris added to party Eric Dell Eighmy(pty:dft))(Harris, Cara) (Entered: 12/23/2021) |
| 12/23/2021 | 40 | USCA Case Number from 8th USCA is 21−3903 for 34 Notice of Appeal filed by Eric Dell Eighmy. Appendix due on 01/31/2022. BRIEF OF APPELLANT Eric Eighmy due 01/31/2022. Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. Briefing schedule entered by the Court of Appeals is attached. (Attachments: # 1 Briefing Schedule)(Keller, Jeanne) (Entered: 12/23/2021) |
| 12/23/2021 | 41 | MOTION to withdraw as attorney filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 1/6/2022 unless otherwise directed by the court. (Kondro, Thomas) (Entered: 12/23/2021) |
| 12/28/2021 | 42 | ORDER granting 41 motion to withdraw as attorney. Attorney Thomas Kondro terminated. Signed on 12/28/21 by District Judge M. Douglas Harpool. This is a TEXT ONLY ENTRY. No document is attached. (View, Pat) (Entered: 12/28/2021) |
| 09/30/2022 | 43 | NOTICE of appearance by John Patrick Sullivan on behalf of Eric Dell Eighmy (Attorney John Patrick Sullivan added to party Eric Dell Eighmy(pty:dft))(Sullivan, John) (Entered: 09/30/2022) |
| 09/30/2022 | 44 | MOTION to withdraw as attorney filed by John Patrick Sullivan on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/14/2022 unless otherwise directed by the court. (Sullivan, John) (Entered: 09/30/2022) |
| 10/03/2022 | 45 | ORDER granting 44 motion to withdraw as counsel. Attorney Cara Lee Harris terminated as counsel for Defendant, the Honorable Eric Dell Eighmy. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 10/03/2022) |
| 01/03/2023 | | NOTICE OF HEARING CANCELLATION − The Pretrial Conference set for 1/12/23 and Jury Trial scheduled for 1/23/23 has been cancelled. This is a TEXT ONLY ENTRY. No document is attached. (Howard, Linda) (Entered: 01/03/2023) |
| 06/23/2023 | 46 | USCA Judgment as to 34 Notice of Appeal filed by Eric Dell Eighmy **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** (Furtak, Rebecca) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/23/2023 | 47 | USCA Opinion as to 34 Notice of Appeal filed by Eric Dell Eighmy **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** (Attachments: # 1 Counsel Opinion Letter, # 2 Letter to Publishing)(Furtak, Rebecca) (Entered: 06/23/2023) |
| 07/17/2023 | 48 | MANDATE of US COURT OF APPEALS as to 34 Notice of Appeal filed by Eric Dell Eighmy with mandate issued on 7/13/2023. (Furtak, Rebecca) (Entered: 07/17/2023) |
| 07/18/2023 | 49 | ORDER Proposed scheduling order due by 8/18/2023. Signed on 7/18/23 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 07/18/2023) |
| 08/18/2023 | 50 | Joint PROPOSED SCHEDULING ORDER *Joint Proposed Scheduling and Trial Order* by D. Bart Rockett. (Eastwood, Hugh) (Entered: 08/18/2023) |
| 08/22/2023 | 51 | FIRST AMENDED SCHEDULING AND JURY TRIAL ORDER:( Initial Pretrial Conference set for 11/21/2024 01:00 PM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Jury Trial set for five days beginning 12/9/2024 09:00 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Dispositive Motions due by 6/14/2024., Final Pretrial Conference set for 12/9/2024 08:30 AM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool.), ( Amended Pleadings due by 10/13/2023., Joinder of Parties due by 10/13/2023., Discovery Motions due by 4/26/2024., Status Reports due by 11/1/2023; 1/30/2024; and 4/29/2024.) Discovery due by 5/10/2024. Signed on 8/22/23 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 08/22/2023) |
| 09/18/2023 | 52 | MOTION to withdraw as attorney filed by Michael E. Talent on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/2/2023 unless otherwise directed by the court. (Talent, Michael) (Entered: 09/18/2023) |
| 09/19/2023 | 53 | ORDER granting 52 motion to withdraw as attorney. Attorney Michael E. Talent terminated as counsel for Eighmy. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 09/19/2023) |
| 09/19/2023 | 54 | NOTICE of appearance by Eliot Michael Gusdorf on behalf of Eric Dell Eighmy (Attorney Eliot Michael Gusdorf added to party Eric Dell Eighmy(pty:dft))(Gusdorf, Eliot) (Entered: 09/19/2023) |
| 09/19/2023 | 55 | MOTION to withdraw as attorney filed by John Patrick Sullivan on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/3/2023 unless otherwise directed by the court. (Sullivan, John) (Entered: 09/19/2023) |
| 09/19/2023 | 56 | ORDER granting 55 motion to withdraw as attorney. Attorney John Patrick Sullivan terminated as counsel. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 09/19/2023) |
| 09/20/2023 | 57 | DESIGNATION OF NEUTRAL naming Peter J. Dunne(Eastwood, Hugh) (Entered: 09/20/2023) |
| 10/11/2023 | 58 | CERTIFICATE OF SERVICE by D. Bart Rockett *Plaintiff's First Interrogatories to Judge Eighmy; Plaintiff's First Requests for Production to Judge Eighmy* filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett.(Eastwood, Hugh) (Entered: 10/11/2023) |
| 10/13/2023 | 59 | |

| | | |
|---|---|---|
| | | Consent MOTION to amend/correct 1 Complaint, *proposed First Amended Complaint* filed by Hugh A. Eastwood on behalf of D. Bart Rockett. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit Proposed First Amended Complaint, # 2 Exhibit Ex 1 − Pick Up Order redacted, # 3 Exhibit Ex 2 − Order for Body Attachment, # 4 Exhibit Ex 3 − Missouri Supreme Court Writ of Prohibition, # 5 Exhibit Ex 4 − Union Parish ruling redacted, # 6 Exhibit Ex 5 − Dismissal, # 7 Exhibit Redline of Proposed First Amended Complaint)(Related document(s) 1 ) (Eastwood, Hugh) (Entered: 10/13/2023) |
| 10/16/2023 | 60 | ORDER granting 59 consent motion to amend the pleadings and join additional party. Plaintiffs are granted leave to file the amended complaint. Plaintiffs shall file the amended complaint within 5 days of the date of this Order. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 10/16/2023) |
| 10/16/2023 | 61 | AMENDED COMPLAINT *First Amended Complaint* against Eric Dell Eighmy filed by Hugh A. Eastwood on behalf of D. Bart Rockett. (Attachments: # 1 Exhibit Ex 1 − Pick Up Order redacted, # 2 Exhibit Ex 2 − Body Attachment Order, # 3 Exhibit Ex 3 − Missouri Supreme Court Writ of Prohibition, # 4 Exhibit Ex 4 − Union Parish Ruling redacted, # 5 Exhibit Ex 5 − Dismissal)(Eastwood, Hugh) (Entered: 10/16/2023) |
| 10/30/2023 | 62 | Consent MOTION for extension of time to file answer re 61 Amended Complaint, filed by Eliot Michael Gusdorf on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 11/13/2023 unless otherwise directed by the court. (Related document(s) 61 ) (Gusdorf, Eliot) (Entered: 10/30/2023) |
| 10/31/2023 | 63 | ORDER granting 62 unopposed motion to extend responsive deadline. Defendant has up to and including December 6, 2023 to respond to Plaintiff's amended complaint. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 10/31/2023) |
| 11/01/2023 | 64 | STATUS REPORT *Joint Discovery Status Report* by D. Bart Rockett, Kadan Rockett. (Eastwood, Hugh) (Entered: 11/01/2023) |
| 12/01/2023 | 65 | MOTION to withdraw as attorney filed by Eliot Michael Gusdorf on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 12/15/2023 unless otherwise directed by the court. (Gusdorf, Eliot) (Entered: 12/01/2023) |
| 12/01/2023 | 66 | NOTICE of appearance by Joshua Joseph Sieg on behalf of Eric Dell Eighmy (Attorney Joshua Joseph Sieg added to party Eric Dell Eighmy(pty:dft))(Sieg, Joshua) (Entered: 12/01/2023) |
| 12/05/2023 | 67 | ORDER granting 65 motion to withdraw as attorney. Attorney Eliot Michael Gusdorf terminated as counsel for defendant Eighmy. (KBR) (Entered: 12/05/2023) |
| 12/06/2023 | 68 | ANSWER to 61 Amended Complaint, *Defendant's Answer to Plaintiffs' First Amended Complaint* on behalf of Eric Dell Eighmy.(Sieg, Joshua) (Entered: 12/06/2023) |
| 12/08/2023 | 69 | CERTIFICATE OF SERVICE by Eric Dell Eighmy filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 12/08/2023) |
| 12/26/2023 | 70 | Motion to allow Christopher R. Hoell to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8773432) filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. (Eastwood, Hugh) (Entered: 12/26/2023) |

| | | |
|---|---|---|
| 12/27/2023 | 71 | ORDER denying 70 motion to appear pro hac vice entered by Clerk of Court. The court has denied your pro hac vice motion because Attorney Christopher Hoell is a member of this court therefore does not meet the requirements.<br><br>This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 12/27/2023) |
| 01/19/2024 | 72 | CERTIFICATE OF SERVICE by Eric Dell Eighmy filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 01/19/2024) |
| 02/01/2024 | 73 | NOTICE of appearance by Adam J. Merello on behalf of Eric Dell Eighmy (Attorney Adam J. Merello added to party Eric Dell Eighmy(pty:dft))(Merello, Adam) (Entered: 02/01/2024) |
| 02/02/2024 | 74 | NOTICE to take deposition of D. Bar Rockett filed by Adam J. Merello on behalf of Defendant Eric Dell Eighmy.(Merello, Adam) (Entered: 02/02/2024) |
| 02/02/2024 | 75 | NOTICE to take deposition of K.R. filed by Adam J. Merello on behalf of Defendant Eric Dell Eighmy.(Merello, Adam) (Entered: 02/02/2024) |
| 02/02/2024 | 76 | NOTICE to take deposition of B.R. filed by Adam J. Merello on behalf of Defendant Eric Dell Eighmy.(Merello, Adam) (Entered: 02/02/2024) |
| 02/09/2024 | 77 | Consent NOTICE to take deposition of Defendant Judge Eric D. Eighmy filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 02/09/2024) |
| 02/19/2024 | 78 | CERTIFICATE OF SERVICE by D. Bart Rockett, Kadan Rockett re 72 Certificate of Service filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett. Related document: 72 Certificate of Service filed by Eric Dell Eighmy.(Eastwood, Hugh) (Entered: 02/19/2024) |
| 03/05/2024 | 79 | NOTICE of appearance by Christopher Roger Hoell on behalf of All Plaintiffs (Attorney Christopher Roger Hoell added to party D. Bart Rockett(pty:pla), Attorney Christopher Roger Hoell added to party Kadan Rockett(pty:pla))(Hoell, Christopher) (Entered: 03/05/2024) |
| 03/18/2024 | 80 | CERTIFICATE OF SERVICE by D. Bart Rockett, Kadan Rockett *Plaintiffs Second Interrogatories and Second Requests for Production on defendant Judge Eighmy* filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 03/18/2024) |
| 04/09/2024 | 81 | CERTIFICATE OF SERVICE by Eric Dell Eighmy filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 04/09/2024) |
| 04/11/2024 | 82 | CERTIFICATE OF SERVICE by Eric Dell Eighmy filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 04/11/2024) |
| 04/26/2024 | 83 | MOTION to compel *Compliance with Subpoena Duces Tecum* filed by Christopher Roger Hoell on behalf of All Plaintiffs. Suggestions in opposition/response due by 5/10/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Hoell, Christopher) (Entered: 04/26/2024) |
| 04/30/2024 | 84 | Consent MOTION for leave to file *Joint Discovery Status Report* filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. Suggestions in |

| | | |
|---|---|---|
| | | opposition/response due by 5/14/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit Joint Discovery Status Report)(Eastwood, Hugh) (Entered: 04/30/2024) |
| 04/30/2024 | 85 | Consent NOTICE to take deposition of Darlene Rea filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 04/30/2024) |
| 04/30/2024 | 86 | Consent NOTICE to take deposition of Dr. Cindy Baker filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 04/30/2024) |
| 05/06/2024 | 87 | ORDER granting 84 consent motion for leave to file joint discovery status report out of time. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 05/06/2024) |
| 05/07/2024 | 88 | NOTICE to take deposition of Amy Luker filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 05/07/2024) |
| 05/07/2024 | 89 | NOTICE to take deposition of Ron Kurtz filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 05/07/2024) |
| 05/07/2024 | 90 | Amended NOTICE to take deposition of Kami Ballard filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy.(Sieg, Joshua) (Entered: 05/07/2024) |
| 05/09/2024 | 91 | CERTIFICATE OF SERVICE by D. Bart Rockett, Kadan Rockett re 81 Certificate of Service filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett. Related document: 81 Certificate of Service filed by Eric Dell Eighmy.(Eastwood, Hugh) (Entered: 05/09/2024) |
| 05/10/2024 | 92 | Joint MOTION to amend/correct 51 Amended Scheduling Order,,,, Set Deadlines,,, filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. Suggestions in opposition/response due by 5/24/2024 unless otherwise directed by the court. (Related document(s) 51 ) (Eastwood, Hugh) (Entered: 05/10/2024) |
| 05/10/2024 | 93 | SECOND AMENDED SCHEDULING ORDER:( Discovery due by 5/31/2024., Initial Pretrial Conference set for 11/21/2024 01:00 PM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Jury Trial set for five days beginning 12/9/2024 09:00 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Dispositive Motions due by 6/28/2024., Final Pretrial Conference set for 12/9/2024 08:30 AM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool.), ( Discovery due by 5/31/2024., Discovery Motions due by 5/24/2024.), GRANTING 92 Joint MOTION to amend/correct 51 Amended Scheduling Order filed by Kadan Rockett, D. Bart Rockett. Signed on 5/10/24 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 05/10/2024) |
| 05/10/2024 | 94 | SUGGESTIONS in opposition re 83 MOTION to compel *Compliance with Subpoena Duces Tecum* filed by Timothy P. Duggan on behalf of interested party Custodian of Records, Missouri Commission on Retirement, Discipline, and Removal of Judges. Reply suggestions due by 5/24/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit Commission Exhibit A, # 2 Exhibit Commission Exhibit B, # 3 Exhibit Commission Exhibit C)(Related document(s) 83 ) (Attorney Timothy P. Duggan added to party Custodian of Records, Missouri Commission on Retirement, Discipline, and Removal of Judges(pty:intp))(Duggan, Timothy) |

| | | |
|---|---|---|
| | | (Entered: 05/10/2024) |
| 05/16/2024 | 95 | REPLY SUGGESTIONS to motion re 83 MOTION to compel *Compliance with Subpoena Duces Tecum* filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett. (Related document(s) 83 ) (Eastwood, Hugh) (Entered: 05/16/2024) |
| 05/23/2024 | 96 | Consent NOTICE to take deposition of Bailiff Mike Carter filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 05/23/2024) |
| 05/23/2024 | 97 | Consent NOTICE to take deposition of DJO Scott Gillum filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 05/23/2024) |
| 05/31/2024 | 98 | MOTION for order Plaintiffs Motion to Limit the Testimony of Fact Witness Dr. Cindy Baker, and to Exclude Any Expert or Opinion Testimony by Dr. Baker filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. Suggestions in opposition/response due by 6/14/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit 1 − Baker Deposition Volume 1 redacted, # 2 Exhibit Exhibit 2 − Baker Deposition Volume 2 redacted, # 3 Exhibit Exhibit 3 − Baker CV)(Eastwood, Hugh) (Main Document 98 replaced on 6/5/2024 per Order 100.) (Furtak, Rebecca). (Entered: 05/31/2024) |
| 06/03/2024 | 99 | Consent MOTION to amend/correct 98 MOTION for order Plaintiffs Motion to Limit the Testimony of Fact Witness Dr. Cindy Baker, and to Exclude Any Expert or Opinion Testimony by Dr. Baker *Consent Motion for Leave to Substitute Plaintiffs Daubert Motion Filing* filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. Suggestions in opposition/response due by 6/17/2024 unless otherwise directed by the court. (Attachments: # 1 Envelope Corrected Daubert motion, # 2 Envelope Redline of corrections)(Related document(s) 98 ) (Eastwood, Hugh) (Entered: 06/03/2024) |
| 06/04/2024 | 100 | ORDER granting 99 motion to substitute document. The Clerks Office is Ordered to substitute Doc. 98 with Doc. 99−1. Signed on 6/4/24 by District Judge M. Douglas Harpool. This is a TEXT ONLY ENTRY. No document is attached. (View, Pat) (Entered: 06/04/2024) |
| 06/07/2024 | 101 | CERTIFICATE OF SERVICE by D. Bart Rockett, Kadan Rockett *Business Records* filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett.(Eastwood, Hugh) (Entered: 06/07/2024) |
| 06/13/2024 | 102 | MOTION for extension of time to file response/reply *Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Limit the Testimony of Dr. Cindy Baker and to Exclude any Expert or Opinion Testimony of Dr. Cindy Baker* filed by Joshua Joseph Sieg on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 6/27/2024 unless otherwise directed by the court. (Sieg, Joshua) (Entered: 06/13/2024) |
| 06/13/2024 | 103 | ORDER granting 102 unopposed motion for extension of time to file response to motion to limit the testimony of Dr. Cindy Baker and to exclude any expert or opinion testimony by Dr. Baker. Suggestions in opposition/response due by 7/15/2024. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 06/13/2024) |

| | | |
|---|---|---|
| 06/18/2024 | 104 | ORDER granting in part and denying in part 83 motion to compel. Signed on 6/18/24 by District Judge M. Douglas Harpool. (Howard, Linda) (Entered: 06/18/2024) |
| 06/28/2024 | 105 | MOTION for summary judgment *Defendant's Motion for Summary Judgment* filed by Joshua Joseph Sieg on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 7/19/2024 unless otherwise directed by the court. (Sieg, Joshua) (Entered: 06/28/2024) |
| 06/28/2024 | 106 | SUGGESTIONS in support re 105 MOTION for summary judgment *Defendant's Motion for Summary Judgment Memorandum in Support of Defendant's Motion for Summary Judgment* filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I)(Related document(s) 105 ) (Sieg, Joshua) (Entered: 06/28/2024) |
| 07/15/2024 | 107 | SUGGESTIONS in opposition re 98 MOTION for order Plaintiffs Motion to Limit the Testimony of Fact Witness Dr. Cindy Baker, and to Exclude Any Expert or Opinion Testimony by Dr. Baker *Defendant's Suggestion in Opposition to Limit the Testimony of fact witness Dr. Cindy Baker, and to exclude any expert or opinion testimony by Dr. Baker.* filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy. Reply suggestions due by 7/29/2024 unless otherwise directed by the court. (Related document(s) 98 ) (Sieg, Joshua) (Entered: 07/15/2024) |
| 07/15/2024 | 108 | Consent MOTION for leave to file *Plaintiffs Consent Motion for Leave to File Excess Pages for their Summary Judgment Opposing Suggestions* filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Eastwood, Hugh) (Entered: 07/15/2024) |
| 07/16/2024 | 109 | ORDER granting Plaintiffs' consent motion 108 motion for leave to file Excess Pages for their Summary Judgment Opposing Suggestions. Signed on 7/16/24 by District Judge M. Douglas Harpool. This is a TEXT ONLY ENTRY. No document is attached. (View, Pat) (Entered: 07/16/2024) |
| 07/19/2024 | 110 | SUGGESTIONS in opposition to motion for summary judgment re 105 MOTION for summary judgment *Defendant's Motion for Summary Judgment The Rockett Plaintiffs Opposing Suggestions to Defendant Judge Eighmys Motion for Summary Judgment* filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett. Reply suggestions due by 8/2/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit 1 − Docket, # 2 Exhibit Exhibit 23 − Missouri Juvenile Justice Guidelines, # 3 Exhibit Exhibit 24 − Photograph of Rockett children, # 4 Exhibit Exhibit 25 − Dep. Juvenile Officer Gillum, # 5 Exhibit Exhibit 26 − Dep. Sgt. Carter, # 6 Exhibit Exhibit 27 − Dep. Dr. Baker Part 1)(Related document(s) 105 ) (Eastwood, Hugh) (Entered: 07/19/2024) |
| 07/26/2024 | 111 | REPLY SUGGESTIONS to motion re 98 MOTION for order Plaintiffs Motion to Limit the Testimony of Fact Witness Dr. Cindy Baker, and to Exclude Any Expert or Opinion Testimony by Dr. Baker *The Rockett Plaintiffs Reply in Support of their Motion to Limit the Testimony of Fact Witness Dr. Cindy Baker, and to Exclude Any Expert or Opinion Testimony by Dr. Baker* filed by Hugh A. Eastwood on behalf of Plaintiffs D. Bart Rockett, Kadan Rockett. (Related document(s) 98 ) (Eastwood, Hugh) (Entered: 07/26/2024) |
| 08/02/2024 | 112 | |

| | | |
|---|---|---|
| | | REPLY SUGGESTIONS to motion re 105 MOTION for summary judgment *Defendant's Motion for Summary Judgment Defendant's Reply Brief and Responses to Plaintiff's Additional Facts* filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy. (Related document(s) 105 ) (Sieg, Joshua) (Entered: 08/02/2024) |
| 08/07/2024 | 113 | MOTION to strike *The Rockett Plaintiffs Motion to Exclude Defendant Judge Eighmys Replies to their Responses to his Statement of Uncontroverted Material Facts* filed by Hugh A. Eastwood on behalf of D. Bart Rockett, Kadan Rockett. Suggestions in opposition/response due by 8/21/2024 unless otherwise directed by the court. (Eastwood, Hugh) (Entered: 08/07/2024) |
| 08/21/2024 | 114 | SUGGESTIONS in opposition re 113 MOTION to strike *The Rockett Plaintiffs Motion to Exclude Defendant Judge Eighmys Replies to their Responses to his Statement of Uncontroverted Material Facts* filed by Joshua Joseph Sieg on behalf of Defendant Eric Dell Eighmy. Reply suggestions due by 9/4/2024 unless otherwise directed by the court. (Related document(s) 113 ) (Sieg, Joshua) (Entered: 08/21/2024) |
| 08/28/2024 | 115 | MOTION to withdraw as attorney filed by Joshua Joseph Sieg on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 9/11/2024 unless otherwise directed by the court. (Sieg, Joshua) (Entered: 08/28/2024) |
| 08/29/2024 | 116 | ORDER granting 115 motion to withdraw as attorney. Attorney Joshua Joseph Sieg terminated as counsel for defendant. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 08/29/2024) |
| 10/03/2024 | 117 | ORDER denying without prejudice 98 motion, Plaintiffs Motion to Limit the Testimony of Fact Witness Dr. Cindy Baker, and to Exclude Any Expert or Opinion Testimony by Dr. Baker. Signed on 10/3/24 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 10/03/2024) |
| 11/06/2024 | 118 | NOTICE of appearance by Juliana M. Bartoli on behalf of Eric Dell Eighmy (Bartoli, Juliana) (Entered: 11/06/2024) |
| 11/10/2024 | 119 | SUGGESTIONS in opposition to motion for summary judgment re 105 MOTION for summary judgment *Defendant's Motion for Summary Judgment Plaintiffs Memorandum to the Court of Controlling New Authority* filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. Reply suggestions due by 11/25/2024 unless otherwise directed by the court. (Related document(s) 105 ) (Eastwood, Hugh) (Entered: 11/10/2024) |
| 11/11/2024 | 120 | PROPOSED VOIR DIRE by Kadan Rockett, D. Bart Rockett . (Eastwood, Hugh) (Entered: 11/11/2024) |
| 11/11/2024 | 121 | PROPOSED WITNESS LIST by Kadan Rockett, D. Bart Rockett . (Eastwood, Hugh) (Entered: 11/11/2024) |
| 11/11/2024 | 122 | PROPOSED EXHIBIT LIST by Kadan Rockett, D. Bart Rockett. (Eastwood, Hugh) (Entered: 11/11/2024) |
| 11/11/2024 | 123 | DESIGNATION *Ron Kurtz* by Kadan Rockett, D. Bart Rockett. (Eastwood, Hugh) (Entered: 11/11/2024) |
| 11/11/2024 | 124 | MOTION in limine filed by Hugh A. Eastwood on behalf of Kadan Rockett, D. Bart Rockett. Suggestions in opposition/response due by 11/25/2024 unless otherwise directed by the court. (Eastwood, Hugh) (Entered: 11/11/2024) |

| | | |
|---|---|---|
| 11/12/2024 | 125 | Consent MOTION for leave to file *Certain Pretrial Documents [Docs. 120 through 124]* filed by Hugh A. Eastwood on behalf of Kadan Rockett, D. Bart Rockett. Suggestions in opposition/response due by 11/26/2024 unless otherwise directed by the court. (Eastwood, Hugh) (Entered: 11/12/2024) |
| 11/12/2024 | 126 | ORDER granting 125 consent motion for leave to file pretrial documents. Documents 120−124 shall be deemed filed pursuant to the scheduling and trial order. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 11/12/2024) |
| 11/12/2024 | 127 | PROPOSED EXHIBIT LIST by Eric Dell Eighmy. (Bartoli, Juliana) (Entered: 11/12/2024) |
| 11/12/2024 | 128 | PROPOSED WITNESS LIST by Eric Dell Eighmy . (Bartoli, Juliana) (Entered: 11/12/2024) |
| 11/12/2024 | 129 | PROPOSED VOIR DIRE by Eric Dell Eighmy . (Bartoli, Juliana) (Entered: 11/12/2024) |
| 11/12/2024 | 130 | MOTION in limine filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 11/26/2024 unless otherwise directed by the court. (Attorney Juliana M. Bartoli added to party Eric Dell Eighmy(pty:dft))(Bartoli, Juliana) (Entered: 11/12/2024) |
| 11/12/2024 | 131 | MOTION for leave to file filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 11/26/2024 unless otherwise directed by the court. (Bartoli, Juliana) (Entered: 11/12/2024) |
| 11/13/2024 | 132 | ORDER granting 131 Defendant's consent motion for leave to file pretrial documents. Defendant's documents shall be deemed filed pursuant to the scheduling and trial order. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 11/13/2024) |
| 11/13/2024 | 133 | ORDER denying 105 motion for summary judgment. Signed on 11/13/24 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 11/13/2024) |
| 11/14/2024 | 134 | OBJECTIONS (non motions) by Kadan Rockett, D. Bart Rockett re 127 Proposed Exhibit List . Related document: 127 Proposed Exhibit List filed by Eric Dell Eighmy.(Eastwood, Hugh) (Entered: 11/14/2024) |
| 11/14/2024 | 135 | OBJECTIONS (non motions) by Kadan Rockett, D. Bart Rockett re 128 Proposed Witness List . Related document: 128 Proposed Witness List filed by Eric Dell Eighmy.(Eastwood, Hugh) (Entered: 11/14/2024) |
| 11/14/2024 | 136 | OBJECTIONS (non motions) by Kadan Rockett, D. Bart Rockett re 129 Proposed Voir Dire . Related document: 129 Proposed Voir Dire filed by Eric Dell Eighmy.(Eastwood, Hugh) (Entered: 11/14/2024) |
| 11/14/2024 | 137 | SUGGESTIONS in opposition re 130 MOTION in limine filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. Reply suggestions due by 12/2/2024 unless otherwise directed by the court. (Related document(s) 130 ) (Eastwood, Hugh) (Entered: 11/14/2024) |
| 11/14/2024 | 138 | PROPOSED JURY INSTRUCTIONS by Kadan Rockett, D. Bart Rockett . (Attachments: # 1 Exhibit Plaintiffs' Proposed Jury Instructions)(Eastwood, Hugh) (Entered: 11/14/2024) |
| 11/18/2024 | 139 | |

| | | |
|---|---|---|
| | | ORDER denying 113 Plaintiffs' motion to exclude Defendant Judge Eighmy's replies to their responses to his statement of uncontroverted material facts. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 11/18/2024) |
| 11/18/2024 | 140 | OBJECTIONS (non motions) by Eric Dell Eighmy *To Plaintiff's Motion in Limine*. (Bartoli, Juliana) (Entered: 11/18/2024) |
| 11/18/2024 | 141 | OBJECTIONS (non motions) by Eric Dell Eighmy *Plaintiffs' Deposition Designation*. (Bartoli, Juliana) (Entered: 11/18/2024) |
| 11/18/2024 | 142 | OBJECTIONS (non motions) by Eric Dell Eighmy *Plaintiffs' Proposed Witness List*. (Bartoli, Juliana) (Entered: 11/18/2024) |
| 11/18/2024 | 143 | OBJECTIONS (non motions) by Eric Dell Eighmy *Plaintiffs' Proposed Exhibit List*. (Bartoli, Juliana) (Entered: 11/18/2024) |
| 11/20/2024 | 144 | AGREED UPON STATEMENT *Plaintiffs' proposed* by Kadan Rockett, D. Bart Rockett. (Attachments: # 1 Exhibit Plaintiffs proposed Joint Pretrial Memorandum, # 2 Exhibit Plaintiffs proposed Joint Jury Statement of the Case)(Eastwood, Hugh) (Entered: 11/20/2024) |
| 11/21/2024 | 145 | NOTICE of appearance by Kevin Mark Smith on behalf of Eric Dell Eighmy (Attorney Kevin Mark Smith added to party Eric Dell Eighmy(pty:dft))(Smith, Kevin) (Entered: 11/21/2024) |
| 11/21/2024 | 146 | TRIAL BRIEF *on Defendant's Intent to Submit Special Verdict Instruction* by Eric Dell Eighmy. (Merello, Adam) (Entered: 11/21/2024) |
| 11/21/2024 | 147 | Minute Entry. Proceedings held before District Judge M. Douglas Harpool: PRETRIAL CONFERENCE held on 11/21/2024. Time in court: 1:00 p.m. to 2:45 p.m. To order a transcript of this hearing please contact Jeannine Rankin, 417−225−7713, jeannine_rankin@mow.uscourts.gov. (Howard, Linda) (Entered: 11/21/2024) |
| 11/25/2024 | 148 | OBJECTIONS (non motions) by Kadan Rockett, D. Bart Rockett re 127 Proposed Exhibit List *Supplemental Objections*. Related document: 127 Proposed Exhibit List filed by Eric Dell Eighmy.(Eastwood, Hugh) (Entered: 11/25/2024) |
| 11/26/2024 | 149 | PROPOSED JURY INSTRUCTIONS by Kadan Rockett, D. Bart Rockett . (Attachments: # 1 Exhibit Proposed Preliminary Jury Instruction)(Eastwood, Hugh) (Entered: 11/26/2024) |
| 11/26/2024 | 150 | AGREED UPON STATEMENT *Jury Statement of the Case and Stipulated Facts for Instruction 2.03* by Kadan Rockett, D. Bart Rockett. (Attachments: # 1 Exhibit Stipulated Facts, # 2 Exhibit Jury Statement of the Case)(Eastwood, Hugh) (Entered: 11/26/2024) |
| 12/02/2024 | 151 | ORDER granting in part and denying in part 124 motion in limine. Signed on 12/2/24 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/02/2024) |
| 12/02/2024 | 152 | ORDER granting in part and denying in part 130 motion in limine. Signed on 12/2/24 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/02/2024) |
| 12/02/2024 | 153 | ORDER regarding the parties' objections to exhibits and witnesses. Signed on 12/2/24 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/02/2024) |
| 12/03/2024 | 154 | |

| | | |
|---|---|---|
| | | NOTICE of appearance by Caleb Rutledge on behalf of Eric Dell Eighmy (Rutledge, Caleb) (Entered: 12/03/2024) |
| 12/06/2024 | 155 | MOTION in limine filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 12/20/2024 unless otherwise directed by the court. (Bartoli, Juliana) (Entered: 12/06/2024) |
| 12/07/2024 | 156 | SUGGESTIONS in opposition re 155 MOTION in limine *Motion to Exclude or Strike* filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. Reply suggestions due by 12/23/2024 unless otherwise directed by the court. (Related document(s) 155 ) (Eastwood, Hugh) (Entered: 12/07/2024) |
| 12/08/2024 | 157 | REPLY SUGGESTIONS to motion re 155 MOTION in limine filed by Adam J. Merello on behalf of Defendant Eric Dell Eighmy. (Attachments: # 1 Exhibit Exhibit 1)(Related document(s) 155 ) (Merello, Adam) (Entered: 12/08/2024) |
| 12/08/2024 | 158 | SUGGESTIONS in opposition re 155 MOTION in limine *Sur−Reply* filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. Reply suggestions due by 12/23/2024 unless otherwise directed by the court. (Related document(s) 155 ) (Eastwood, Hugh) (Entered: 12/08/2024) |
| 12/09/2024 | | Set/Reset Hearings: Jury Trial − Day 2 set for 12/10/2024 08:30 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool. (Howard, Linda) (Entered: 12/09/2024) |
| 12/09/2024 | 159 | JURY LIST (SEALED). (Howard, Linda) (Entered: 12/09/2024) |
| 12/09/2024 | 161 | Minute Entry. Proceedings held before District Judge M. Douglas Harpool: JURY SELECTION, JURY TRIAL − Day 1 held on 12/9/2024. Time in court: 8:28 a.m. to 4:50 p.m. To order a transcript of this hearing please contact Jeannine Rankin, 417−225−7713, jeannine_rankin@mow.uscourts.gov. (Howard, Linda) (Entered: 12/10/2024) |
| 12/10/2024 | 160 | TRIAL BRIEF *re: Reputational Damages* by Kadan Rockett, D. Bart Rockett. (Eastwood, Hugh) (Entered: 12/10/2024) |
| 12/10/2024 | | Set/Reset Hearings: Jury Trial − Day 3 set for 12/11/2024 08:30 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool. (Howard, Linda) (Entered: 12/10/2024) |
| 12/10/2024 | 162 | Minute Entry. Proceedings held before District Judge M. Douglas Harpool: JURY TRIAL − Day 2 held on 12/10/2024. Time in court: 8:45 a.m. to 4:40 p.m. To order a transcript of this hearing please contact Jeannine Rankin, 417−225−7713, jeannine_rankin@mow.uscourts.gov. (Howard, Linda) (Entered: 12/11/2024) |
| 12/11/2024 | 163 | TRIAL BRIEF by Eric Dell Eighmy. (Rutledge, Caleb) (Entered: 12/11/2024) |
| 12/11/2024 | 164 | MOTION for judgment as a matter of law filed by Adam J. Merello on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 12/26/2024 unless otherwise directed by the court. (Merello, Adam) (Entered: 12/11/2024) |
| 12/11/2024 | | Set/Reset Hearings: Jury Trial − Day 4 set for 12/12/2024 08:30 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool. (Howard, Linda) (Entered: 12/11/2024) |
| 12/11/2024 | 165 | Minute Entry. Proceedings held before District Judge M. Douglas Harpool: JURY TRIAL − Day 3 held on 12/11/2024. Time in court: 8:35 a.m. to 3:50 p.m. To order a |

| | | |
|---|---|---|
| | | transcript of this hearing please contact Jeannine Rankin, 417−225−7713, jeannine_rankin@mow.uscourts.gov. (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 166 | Minute Entry. Proceedings held before District Judge M. Douglas Harpool: JURY TRIAL − Day 4 completed on 12/12/2024. Time in court: 8:30 a.m. to 3:25 p.m.. To order a transcript of this hearing please contact Jeannine Rankin, 417−225−7713, jeannine_rankin@mow.uscourts.gov. (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 167 | EXHIBIT INDEX by Kadan Rockett, D. Bart Rockett. (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 168 | EXHIBIT INDEX by Eric Dell Eighmy. (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 169 | JURY INSTRUCTIONS GIVEN (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 170 | JURY INSTRUCTIONS REFUSED (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 171 | JURY NOTES (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 172 | JURY VERDICT A (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 173 | JURY VERDICT B (Howard, Linda) (Entered: 12/12/2024) |
| 12/12/2024 | 174 | CLERK'S JUDGMENT (Howard, Linda) (Entered: 12/12/2024) |
| 12/24/2024 | 175 | PROPOSED BILL OF COSTS by Kadan Rockett, D. Bart Rockett.Objections to Bill of Costs due by 1/7/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit Documentation)(Eastwood, Hugh) (Entered: 12/24/2024) |
| 12/24/2024 | 176 | MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988* filed by Hugh A. Eastwood on behalf of Kadan Rockett, D. Bart Rockett. Suggestions in opposition/response due by 1/7/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit Eastwood Decl and Time, # 2 Exhibit Swanson Decl, # 3 Exhibit Waldron Decl, # 4 Exhibit Schock Aff and Time, # 5 Exhibit Pleban Aff, # 6 Exhibit Vieth Aff, # 7 Exhibit Hoell Decl and Time, # 8 Exhibit Gross Aff, # 9 Exhibit Krispin Aff, # 10 Exhibit Hirth Aff, # 11 Exhibit Rockett, Bart Decl, # 12 Exhibit Eastwood receipts, # 13 Exhibit Schock receipts, # 14 Exhibit Hoell receipts)(Eastwood, Hugh) (Main Document 176 replaced on 1/23/2025) (Howard, Linda). (Entered: 12/24/2024) |
| 12/26/2024 | 177 | MOTION to amend/correct 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988 Motion for Leave to Interlineate* filed by Hugh A. Eastwood on behalf of Kadan Rockett, D. Bart Rockett. Suggestions in opposition/response due by 1/9/2025 unless otherwise directed by the court. (Related document(s) 176 ) (Eastwood, Hugh) (Entered: 12/26/2024) |
| 12/27/2024 | 178 | TRANSCRIPT REQUEST by Eric Dell Eighmy for proceedings held on December 12, 2024 before Judge M.D. Harpool.. (Bartoli, Juliana) (Entered: 12/27/2024) |
| 01/07/2025 | 179 | MOTION for extension of time to file response/reply filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 1/21/2025 unless otherwise directed by the court. (Bartoli, Juliana) (Entered: 01/07/2025) |
| 01/08/2025 | 180 | ORDER granting 179 motion for extension of time to file response/reply Suggestions in opposition/response due by 1/13/2025 unless otherwise directed by the court.. Signed on 1/8/25 by District Judge M. Douglas Harpool. This is a TEXT ONLY |

| | | |
|---|---|---|
| | | ENTRY. No document is attached. (View, Pat) (Entered: 01/08/2025) |
| 01/09/2025 | 181 | MOTION to alter judgment filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 1/23/2025 unless otherwise directed by the court. (Bartoli, Juliana) (Entered: 01/09/2025) |
| 01/09/2025 | 182 | MOTION for judgment as a matter of law filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 1/23/2025 unless otherwise directed by the court. (Bartoli, Juliana) (Entered: 01/09/2025) |
| 01/12/2025 | 183 | SUGGESTIONS in opposition re 181 MOTION to alter judgment *The Rockett Plaintiffs Opposition to Defendant Judge Eighmys Motion to Alter or Amend the Judgment* filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. Reply suggestions due by 1/27/2025 unless otherwise directed by the court. (Related document(s) 181 ) (Eastwood, Hugh) (Entered: 01/12/2025) |
| 01/12/2025 | 184 | SUGGESTIONS in opposition re 182 MOTION for judgment as a matter of law *The Rockett Plaintiffs Opposition to Defendant Judge Eighmys Motion for Judgment as a Matter of Law* filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. Reply suggestions due by 1/27/2025 unless otherwise directed by the court. (Related document(s) 182 ) (Eastwood, Hugh) (Main Document 184 replaced on 1/28/2025 pursuant to order Doc. 191 . NEF regenerated) (Siegert, Karen). (Main Document 184 replaced by clerical error on 1/28/2025 −− original main document restored. NEF regenerated) (Siegert, Karen). (Entered: 01/12/2025) |
| 01/13/2025 | 185 | ORDER granting 177 Plaintiffs' motion for leave to interlineate their motion for fees & non−taxable costs and expenses under 42 U.S.C. Section 1988. The typographical error on page 9 shall be corrected by interlineation. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 01/13/2025) |
| 01/13/2025 | 186 | SUGGESTIONS in opposition re 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988* filed by Juliana M. Bartoli on behalf of Defendant Eric Dell Eighmy. Reply suggestions due by 1/27/2025 unless otherwise directed by the court. (Related document(s) 176 ) (Bartoli, Juliana) (Main Document 186 replaced on 1/27/2025) (Howard, Linda). (Entered: 01/13/2025) |
| 01/21/2025 | 187 | REPLY SUGGESTIONS to motion re 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988 The Rockett Plaintiffs Reply in support of their Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988, & Motion to Strike or Exclude Discussion of Mediation* filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. (Related document(s) 176 ) (Eastwood, Hugh) (Main Document 187 replaced on 1/23/2025) (Howard, Linda). (Entered: 01/21/2025) |
| 01/23/2025 | 188 | Consent MOTION to amend/correct 187 Reply Suggestions to Motion, 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988 Plaintiffs Consent Motion for Leave to Remove and Replace in the Record their Motions for Fees and their Reply* filed by Hugh A. Eastwood on behalf of Kadan Rockett, D. Bart Rockett. Suggestions in opposition/response due by 2/6/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit 1 − Plaintiffs proposed replacement Motion for Fees, # 2 Exhibit Exhibit 2 − Plaintiffs proposed replacement Reply)(Related document(s) 187 , 176 ) (Eastwood, Hugh) (Entered: 01/23/2025) |

| | | |
|---|---|---|
| 01/23/2025 | 189 | ORDER granting 188 plaintiffs' consent motion for leave to remove and replace in the record their motions for fees and their reply. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 01/23/2025) |
| 01/24/2025 | 190 | Consent MOTION to amend/correct 186 Suggestions in Opposition to Motion, filed by Juliana M. Bartoli on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 2/7/2025 unless otherwise directed by the court. (Attachments: # 1 Supplemented document)(Related document(s) 186 ) (Bartoli, Juliana) (Entered: 01/24/2025) |
| 01/27/2025 | 191 | ORDER granting 190 Defendant's consent motion for leave to remove and replace in the record the response to Plaintiffs' motion for fees. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 01/27/2025) |
| 01/27/2025 | 192 | REPLY SUGGESTIONS to motion re 181 MOTION to alter judgment filed by Juliana M. Bartoli on behalf of Defendant Eric Dell Eighmy. (Related document(s) 181 ) (Bartoli, Juliana) (Entered: 01/27/2025) |
| 01/27/2025 | 193 | REPLY SUGGESTIONS to motion re 182 MOTION for judgment as a matter of law filed by Juliana M. Bartoli on behalf of Defendant Eric Dell Eighmy. (Related document(s) 182 ) (Bartoli, Juliana) (Entered: 01/27/2025) |
| 02/10/2025 | 194 | MOTION to amend/correct 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988*, 175 Proposed Bill of Costs *Plaintiffs Supplemental Motion to Tax Additional Cost of Mediation* filed by Hugh A. Eastwood on behalf of Kadan Rockett, D. Bart Rockett. Suggestions in opposition/response due by 2/24/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit 1 − Mediator Invoice)(Related document(s) 176 , 175 ) (Eastwood, Hugh) (Entered: 02/10/2025) |
| 02/10/2025 | 195 | SUGGESTIONS in opposition re 194 MOTION to amend/correct 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988*, 175 Proposed Bill of Costs *Plaintiffs Supplemental Motion to Tax Additional Defendant's Suggestions in Opposition to Plaintiffs' Supplemental Motion to Tax Additional Cost of Mediation filed by Adam J. Merello on behalf of Defendant Eric Dell Eighmy. Reply suggestions due by 2/24/2025 unless otherwise directed by the court. (Related document(s) 194 ) (Merello, Adam) (Entered: 02/10/2025)* |
| 02/11/2025 | 196 | REPLY SUGGESTIONS to motion re 194 MOTION to amend/correct 176 MOTION for attorney fees *The Rockett Plaintiffs Motion for Fees & Non−Taxable Costs and Expenses under 42 U.S.C. § 1988*, 175 Proposed Bill of Costs *Plaintiffs Supplemental Motion to Tax Additional filed by Hugh A. Eastwood on behalf of Plaintiffs Kadan Rockett, D. Bart Rockett. (Related document(s) 194 ) (Eastwood, Hugh) (Entered: 02/11/2025)* |
| 03/06/2025 | 197 | ORDER denying 181 Defendant's motion to alter or amend judgment and denying 182 Defendant's motion for judgment as a matter of law. Signed on 3/6/2025 by District Judge M. Douglas Harpool. (KBR) (Entered: 03/06/2025) |
| 03/06/2025 | 198 | ORDER. Defendant has filed a request for court transcripts. (Doc. 178). However, any requests for transcripts must be made directly to Jeannine Rankin as set forth in the docket sheet. (See e.g. Doc. 165 and 166 − To order a transcript of this hearing please contact Jeannine Rankin, 417−225−7713, Jeannine_rankin@mow.uscourts.gov). Signed on 3/6/2025 by District Judge M. |

| | | |
|---|---|---|
| | | Douglas Harpool. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 03/06/2025) |
| 03/06/2025 | 199 | ORDER granting in part 176 the Rockett Plaintiffs' motion for fees and non−taxable costs and expenses. Signed on 3/6/2025 by District Judge M. Douglas Harpool. (KBR) (Entered: 03/06/2025) |
| 03/06/2025 | 200 | ORDER denying 194 Plaintiffs' supplemental motion to tax additional cost of mediation. Signed on 3/6/2025 by District Judge M. Douglas Harpool. (KBR) (Entered: 03/06/2025) |
| 03/07/2025 | 201 | CLERK'S JUDGMENT (Howard, Linda) (Entered: 03/07/2025) |
| 03/11/2025 | 202 | ORDER on Bill of Costs. (Related document(s) 175 ) (View, Pat) (Entered: 03/11/2025) |
| 03/11/2025 | 203 | AMENDED CLERK'S JUDGMENT (Howard, Linda) (Entered: 03/11/2025) |
| 03/25/2025 | 204 | NOTICE of appearance by Maria Ann Lanahan on behalf of Eric Dell Eighmy (Attorney Maria Ann Lanahan added to party Eric Dell Eighmy(pty:dft))(Lanahan, Maria) (Entered: 03/25/2025) |
| 04/02/2025 | 205 | NOTICE OF APPEAL as to 174 Clerk's Judgment, 197 Order on Motion to Alter Judgment, Order on Motion for Judgment as a Matter of Law, 202 ORDER settling costs, 203 Clerk's Judgment, 199 Order on Motion for Attorney Fees, 201 Clerk's Judgment by Eric Dell Eighmy. Filing fee $ 605, receipt number AMOWDC−9514399. (Lanahan, Maria) (Entered: 04/02/2025) |
| 04/03/2025 | 206 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 205 Notice of Appeal,. (Furtak, Rebecca) (Entered: 04/03/2025) |

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| D. BART ROCKETT, et al., | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 21-3152-CV-S-MDH |
| | ) | |
| ERIC DELL EIGHMY, | ) | |
| | ) | |

x Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_ Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Verdict A returned in favor of Plaintiff Kaden Rockett for unreasonable seizure. Claims for speech retaliation and violation of due process returned in favor of Defendant Judge Eighmy. Damages awarded in the amount of $5,000.00. $0.00 awarded for punitive damages.

Verdict B returned in favor of Plaintiff Brooklyn Rockett for unreasonable seizure. Claims for speech retaliation and violation of due process returned in favor of Defendant Judge Eighmy. Damages awarded in the amount of $5,000.00. $0.00 awarded for punitive damages.

**IT IS SO ORDERED**.

December 12, 2024
Date

Paige Wymore-Wynn
Clerk of Court

Entered on: December 12, 2024

s/Linda Howard
(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **D. BART ROCKETT,** <br> **as next friend of his minor children,** <br> **K.R. and B.R,** <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **THE HONORABLE ERIC EIGHMY,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 6:21-cv-03152-MDH** |

**ORDER**

Before the Court is Defendant's Motion to Alter or Amend Judgment (Doc. 181) and Motion for Judgment as a Matter of Law. (Doc. 182).

**Motion for Judgment as a Matter of Law.**

At the close of Plaintiffs' evidence Defendant orally moved for judgment as a matter of law. The Court heard argument and denied the motion. At the close of Defendant's evidence Defendant again raised a motion for judgment as a matter of law and the Court again heard oral argument. The Court denied the motion. Defendant's current motion raises no new arguments for the Court to consider. The Court hereby **DENIES** the motion for judgment as a matter of law for the reasons previously stated in the record. (Doc. 182).

**Motion to Alter or Amend Judgment.**

Rule 59(e) empowers the Court to issue remitturs or alter or amend judgment. An aggrieved party may file a motion to alter or amend the judgment within 28 days of the judgment's entry. *Mecey v. City of Farmington*, No. 4:19-cv-1526, 2021 WL 38018 (E.D. Mo. Jan. 5, 2021); Fed. R. Civ. P. 59(e). Rule 59(e) motions to "alter or amend judgment serve the limited function of

correcting manifest errors of law or fact[.]" *Id*. "A district court has broad discretion in determining whether to grant or deny a motion to alter or amend judgment pursuant to Rule 59(e)[.]" *United States v. Metro. St. Louis Sewer Dist*., 440 F.3d 930, 933 (8th Cir. 2006).

The jury found for Plaintiffs on their Fourth Amendment claims of unreasonable seizure and initially found the damages Plaintiffs suffered were "none." After the jury made this determination, Plaintiffs made an oral motion that the verdict was inconsistent. Pursuant to the jury instructions on unreasonable seizure to find in favor of Plaintiff the jury must find "as a direct result, plaintiff… was damaged" as the third element. However, if the jury found Plaintiffs were not damaged then a verdict in favor of Defendant would be appropriate.

Plaintiffs requested that the jury be given an instruction on nominal damages. Counsel for Defendant stated: "we're fine with the nominal damage instruction given, Your Honor." Later, in discussing how to send the verdict forms back to the jury (either new forms or the old ones that could be changed by interlineation), defense counsel stated: "our record is that when a nominal damages is not request nor objected to when a damage instruction are given and they don't award damages, therefore the plaintiff would not be the prevailing party. It's kind of in addition to what I've already argued…" However, no prior argument had been made on this issue.

The Court instructed the jury:

> I have just what I absolutely know you guys want, and that's more instructions. So I need you to go back to the jury room and I'm going to give you your verdicts back and some additional instructions. I want you to review Instruction 19, paragraph third and reconsider what verdict you may want to enter. Then I need you to review Instruction No. 29, paragraph third and reconsider what verdict you want to enter.
>
> You may not enter a verdict for plaintiffs on the seizure claims unless you find they incurred damage; however, you may award nominal damages that are described in the instructions I'm about to read to you.

> Instruction No. 21. "If you find in favor of plaintiff under Instruction 19 but you find the plaintiff's damages have no monetary value, then you must return a verdict for the plaintiff in the nominal amount of one dollar."
>
> Instruction No. 32-1. "If you find in favor of the plaintiff under Instruction No. 29 but you find that plaintiff's damages have no monetary value, then you must return a verdict for the plaintiff in the nominal amount of one dollar."
>
> So if you'll read those two instructions and then decide what if any change you want to make in your verdict based on those additional instructions and my note. When you do, if you make a change, you can write it right on the same two verdicts we had before. And I want the change to be initialed by the foreperson, but again it needs to be unanimous. All right?

The jury went back to deliberate and then awarded Plaintiffs $5,000 each for their Fourth Amendment claims. Defendant argues Plaintiffs' request for a nominal instruction was untimely and because the jury had already issued a verdict consistent with the original jury instructions the Court should reduce Plaintiffs' damages back to the initial verdict of $0 or, alternatively, $2.

The jury instructions clearly state that the third element of the unreasonable seizure claim was that Plaintiffs were damaged. In order for the jury to find in favor of Plaintiffs they had to find damages. Because the jury initially found in favor of Plaintiffs but awarded zero damages the initial verdict was inconsistent. "It is the court's duty to harmonize inconsistent verdicts, viewing the case in any reasonable way that makes the verdicts consistent." *Anheuser-Busch, Inc. v. John Labatt, Ltd.*, 89 F.3d 1339, 1347 (8th Cir. 1996).

As a result, and after discussion from counsel, the jury was sent back with the nominal award instruction. At that time, the jury could have found in favor of Defendant if they found no damages. This was clearly set forth in the instructions. The jury could have also awarded nominal damages pursuant to the new instruction. Instead, the jury awarded $5,000 each in damages to both Plaintiffs. This verdict was consistent with the original finding in favor of Plaintiffs, that they had

suffered damages. The Court finds no manifest error that requires an amendment to the judgment. The motion is denied.

In addition, Defendant argues "under Federal Rule of Civil Procedure 51, a party waives the right to request an instruction if the party does not request the instruction before the jury retires." *Miller v. Albright*, 657 F.3d 733, 735 (8th Cir. 2011). An objection to a jury instruction is timely only if a party objects to the opportunity provided under Rule 51(b)(2). Fed. R. Civ. P.Fed. R. Civ. P. 51(c)(2)(A). The Court must give the parties an opportunity to object on the record and out of the jury's hearing before the instructions and arguments are delivered." Fed. R. Civ. P. 51(b)(2). "Rule 51 'helps to prevent litigants from ensuring a new trial in the event of an adverse verdict by covertly relying on the error.'" *Riggs v. Gibbs*, 66 F.4th 716, 719 (8th Cir. 2023).

Defendant cites to *Miller* stating attorneys face "the tactical dilemma that occurs when a plaintiff is forced to choose between asking for only compensatory damages and risking a zero-dollar verdict, on one hand, or requesting a nominal damages instruction and giving the jury an easy 'out' on the other hand." *Miller*, 657 F.3d at 738. Defendant contends here, like the *Miller* plaintiff, Plaintiffs "neither requested a nominal damages instruction nor objected to the damages instructions or the verdict form at the instructions conference."

In *Miller,* the jury entered a verdict for the plaintiff on the unlawful entry claim. The jury, however, wrote "none" on the damages line of the verdict form. After the verdict was read, but before the jury was discharged, counsel for plaintiff approached the bench and requested that the district court direct the jury to award nominal damages. The Court denied the request. Plaintiff then filed a motion to alter or amend the judgment to include an award of nominal damages, but that motion was also denied. *Miller v. Albright*, 657 F.3d at 735. The Eighth Circuit affirmed the decision that the district court did not plainly err in denying Plaintiff's motion to alter or amend

the judgment to award nominal damages. In *Miller,* the plaintiff waived his right to appeal any error in the jury instructions and verdict form because he failed to object to them. Further, the case involved an unlawful entry violation.

Here, the facts are different. The parties engaged in a discussion about an inconsistent verdict. The jury had found that Plaintiffs were damaged but then entered none as the damages amount. Unlike in *Miller,* in discussing the options available, counsel for Defendant stated: "we're fine with the nominal damage instruction given." Then, after the jury was sent back to deliberate, the jury again found Plaintiffs were damaged, but this time awarded an amount of $5,000. The jury could have found in favor of the Defendant, could have entered an award of nominal damages, or award damages as they did.

In *Miller,* the Eight Circuit noted a split in circuits on an exception to Rule 51(c)(1). The First Circuit has held: "a plaintiff may request the judge to instruct the jury on nominal damages, or in the absence of such an instruction, may ask the trial court for nominal damages on the occasion of, or immediately after, the return of the verdict." *Id*., citing *Azimi v. Jordan's Meats, Inc*., 456 F.3d 228, 240 (1st Cir. 2006). However, other circuits have declined to do so. *Id.*, citing *Oliver v. Falla*, 258 F.3d 1277, 1282 (11th Cir.2001) (holding that the right to nominal damages for Eighth Amendment violations can be waived if such damages are not timely requested); *Piaubert v. MacIntosh*, 10 Fed.Appx. 503 (9th Cir.2001) (unpublished opinion) (holding that the right to nominal damages was waived in a breach of duty action when plaintiff failed to raise the issue of nominal damages until after the verdict); *Salazaar v. Encinias*, 242 F.3d 390 (10th Cir.2000) (unpublished table decision) (holding that plaintiff waived the right to nominal damages in an excessive force case because nominal damages were not requested until after the verdict); *Alexander v. Riga*, 208 F.3d 419, 429 (3d Cir.2000) (holding that the right to nominal damages for

race discrimination claims can be waived if such damages are not timely requested); *Sims v. Mulcahy*, 902 F.2d 524, 536 (7th Cir.1990) (holding that plaintiff's failure to timely challenge jury instruction regarding nominal damages on an unlawful entry claim waived her right to raise the issue on appeal). In *Miller,* the Eighth Circuit stated that the facts of the case did not warrant consideration of whether an exception to Rule 51 should be adopted. *Id.* at 738.

Defendant argues Plaintiffs' request for an instruction on nominal damages after the jury awarded them no damages was untimely and, thus, waived. Defendant states when the jury initially awarded Plaintiffs $0 in damages, the jury unambiguously found that Plaintiffs suffered no compensable damages. Citing *Corpus v. Bennett*, 430 F.3d 912, 916 (8th Cir. 2005). As a result, Defendant moves the Court to reduce Plaintiffs' award to the amount the jury initially found Plaintiff to have shown themselves entitled: $0.

However, as previously discussed, an element of the verdict was a finding that Plaintiffs suffered damage. As a result, the initial verdict was inconsistent. Defendant did not object to Plaintiff's argument that the verdict was inconsistent. The Court finds no basis to alter or amend the judgment.

Wherefore, for the reasons stated herein, the Court **DENIES** Defendant's Motion to Alter or Amend Judgment (Doc. 181).

**IT IS SO ORDERED.**

DATED: March 6, 2025

***/s/ Douglas Harpool***
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| **D. BART ROCKETT, as next friend of his minor children, K.R. and B.R,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 6:21-cv-03152-MDH** |
| **THE HONORABLE ERIC EIGHMY,** | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Attorney's Fees and Non-Taxable Costs. (Doc. 176). Plaintiffs move for an Order awarding reasonable attorneys' fees and costs against Defendant as a prevailing party under 42 U.S.C. §1988.

Plaintiffs' Complaint initially asserted four claims: Count I: Fourth Amendment seizure for the Taney County jailing; Count II: First Amendment retaliation for the Taney County jailing; Count III: Fourth Amendment seizure for the Louisiana jailing; and Count IV: Substantive Due Process, Taney County and the Louisiana jailings.

Initially, this Court denied Judge Eighmy's motion to dismiss based on judicial immunity. On appeal, the Eighth Circuit affirmed the Court's denial of judicial immunity as to the Taney County events but reversed this Court's decision with regard to any claims arising out of the Louisiana jailing. On remand, Plaintiffs amended their complaint to include: Count I – Unreasonable Seizure, Taney County Jailing; Count II – Retaliation for Exercise of First Amendment Rights; Count III – Due Process violation in Taney County, Missouri. Plaintiffs

dropped any claims arising out of the Louisiana events. The amended Complaint also added Kadan Rockett as a party in his own right, since he had turned 18 years of age.

At trial, the jury was presented with three counts against Defendant: the Fourth Amendment seizure; the First Amendment retaliation; and the Substantive Due Process violation. The jury found in favor of Plaintiffs on the count of unreasonable seizure and in favor of Defendant on the other two counts. The jury ultimately returned a verdict of $5,000 for each child on the Fourth Amendment seizure claim. The jury did not award punitive damages.

Plaintiffs' counsel now moves the Court for an award of **$418,830.72**. Defendant has filed his opposition arguing the Court should deny an award of attorney fees in the entirety or alternatively disallow all fees after the mediation and reduce pre-mediation fees by a substantial percentage to reflect the extremely underwhelming degree of any perceived "victory."[1]

**STANDARD OF REVIEW**

The district court has discretion to award reasonable attorney's fees to a party who prevails in a claim filed under 42 U.S.C. § 1983. See 42 U.S.C. § 1988(b). In a § 1983 case, the Court "may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs." 42 U.S.C. § 1988(b). A party is a prevailing party under § 1988 if he succeeds on any significant issue in the case "which achieves some of the benefit the part[y] sought in bringing suit." *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983) (quoted case omitted); see *Farrar v. Hobby*, 506 U.S. 103, 111 (1992) (a prevailing party is one who obtains "at least some relief on the merits of his claim").

[1]The Court notes Defendant's long citation to cases in support of its argument that even if a plaintiff technically "prevails" under § 1988 there are scenarios where the Court should order no attorneys' fees. See Doc. 186, pp. 9-10. The Court does not find this case to be one of those scenarios.

## DISCUSSION

"The most useful starting point for determining the amount of a reasonable fee is the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Hensley v. Eckerhart*, 461 U.S. 424, 433–34, 103 S. Ct. 1933, 1939–40, 76 L. Ed. 2d 40 (1983). The "lodestar" method of determining a fee award "focuses on 'the significance of the overall relief obtained by the plaintiff in relation to the hours actually expended on the litigation.'" *Jensen v. Clarke*, 94 F.3d 1191, 1203 (8th Cir. 1996) (internal citation omitted). In addition, when determining hourly rates, "courts may draw on their own experience and knowledge of prevailing market rates." *Warnock v. Archer*, 397 F.3d 1024, 1027 (8th Cir. 2005) (internal citation omitted).

The Court finds that Plaintiffs are prevailing parties. While Defendant argues that the Court should deny attorneys' fees in the entirety the Court finds Plaintiffs did ultimately prevail in this case. The Court also takes into account that Plaintiffs did not prevail on all of their claims. As the Eighth Circuit held, Plaintiffs' claims based on events that occurred in Louisianna were entitled to judicial immunity. In addition, the jury returned a verdict in favor of Defendant on two of the claims. Therefore, while the Court finds Plaintiffs are prevailing parties, they certainly did not prevail on all the claims that were initially brought in this case. The Court has taken this into account in its analysis of the fee award.

With regard to the hours expended, there is no precise rule or formula for making a determination of an attorney's fees award. *Hensley v. Eckerhart*, 461 U.S. at 436. The Court "may attempt to identify specific hours that should be eliminated, or it may simply reduce the award to account for the limited success. The court necessarily has discretion in making this equitable judgment." *Id.* at 436-37. Hours that are excessive, redundant or otherwise unnecessary are not to be included in an award of fees. *Id.* at 434.

The Court has reviewed Plaintiffs' motion and finds that a reduction of the fees is reasonable to account for the limited success of the Plaintiffs. Plaintiffs did not prevail on several of their claims. The fees requested are disproportionate (40 times higher) to the modest relief granted their clients by the jury. The relief granted was approximately 1% of that requested by Plaintiffs' counsel in closing argument.

The Court has reviewed the record before it and has also drawn on its own experience and knowledge of prevailing rates for attorney fees in the community. The Court finds reducing the hourly rates of the attorneys to $475 for Mr. Eastwood and Mr. Schock and $375 for Mr. Howell are reasonable. The Court further uses its discretion to reduce the overall fee by 10%. The Court has not specifically found that any hours should be eliminated. Instead, the Court has reduced the hourly rate and the overall fee requested to arrive at a reasonable attorney fee award based on the circumstances in this case.

Finally, the Court has reviewed Plaintiffs' requested costs for mileage, hotel, and other expenses and finds they are reasonable.

**DECISION**

Wherefore, the Court hereby **GRANTS** Plaintiff's Motions for Attorney's Fees as set forth herein. However, the Court reduces the total award requested by Plaintiff. Plaintiff is hereby awarded attorney's fees, litigation expenses and costs in the amount of **$326,637.22.**

**IT IS SO ORDERED.**

DATED: March 6, 2025

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| D. BART ROCKETT, et al., | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 21-3152-CV-S-MDH |
| | ) | |
| ERIC DELL EIGHMY, | ) | |
| | ) | |

_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Plaintiff is hereby awarded attorney's fees, litigation expenses and costs in the amount of $326,637.22.

**IT IS SO ORDERED**.

March 7, 2025 — Date

Paige Wymore-Wynn — Clerk of Court

Entered on: March 6, 2025

s/Linda Howard — (By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **D. BART ROCKETT,**<br>**as next friend of his minor children,**<br>**K.R. and B.R,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**THE HONORABLE ERIC EIGHMY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 6:21-cv-03152-MDH** |

**ORDER**

Before the Court is Plaintiffs' Bill of Costs. (Doc. 175). Plaintiffs seek an award of $10,357.61 for fees corresponding to filing fees, printed or electronically recorded transcripts, copies, and printing. Defendant objected to the motion to supplement the bill of costs and the Court issued an Order denying the motion to supplement the bill of costs to add mediation fees.

Wherefore, after a review of the record, the Court hereby approves the bill of costs and Plaintiffs are awarded costs in the amount of $10,357.61.

**IT IS SO ORDERED.**

DATED: March 11, 2025

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**AMENDED JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| D. BART ROCKETT, et al., | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 21-3152-CV-S-MDH |
| | ) | |
| ERIC DELL EIGHMY, | ) | |
| | ) | |

_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Plaintiff is hereby awarded attorney's fees, litigation expenses and costs in the amount of $326,637.22. (Order, Doc. 199)

The Court approves the bill of costs and Plaintiffs are awarded costs in the amount of $10,357.61. (Order, Doc. 202)

**IT IS SO ORDERED**.

March 11, 2025 — Date

Paige Wymore-Wynn — Clerk of Court

Entered on: March 11, 2025

s/Linda Howard
(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| D. BART ROCKETT, *as next friend of his minor child*, B.R., et al, | ) | |
| *Plaintiffs*, | ) | |
| -vs- | ) | No. 6:21-cv-03152-MDH |
| THE HONORABLE ERIC EIGHMY, | ) | |
| *Defendant*. | ) | |

NOTICE OF APPEAL

Notice is hereby given that Defendant, the Honorable Eric Eighmy, appeals to the United States Court of Appeals for the Eighth Circuit from this Court's judgment Docs. 174, 197, 199, 201, 202, and 203.

Dated: April 2, 2025

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ Maria A. Lanahan

**U. S. COURT OF APPEALS - EIGHTH CIRCUIT**

**NOTICE OF APPEAL SUPPLEMENT**

**MISSOURI WESTERN DISTRICT - SPRINGFIELD**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

**Case Caption: Rockett v. Eighmy** | **Case No.: 6:21-cv-03152-MDH**

---

| | |
|---|---|
| Appellant: **Eric Dell Eighmy** | Appellee: **D. Bart Rockett**<br>**Kadan Rockett** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Aam Merello**<br>**816-889-5008**<br>**Adam.merello@ago.mo.gov** | **W. Bevis Schock**<br>**314-726-2322**<br>**wbschock@schocklaw.com** |
| **Juliana Bartoli**<br>**816-889-5063**<br>**Juliana.bartoli@ago.mo.gov** | **Christopher Hoell**<br>**314-340-7861**<br>**crh@hoell-law.com** |
| **Kevin Smith**<br>**816-889-5016**<br>**Kevin.Smith@ago.mo.gov** | **Hugh Eastwood**<br>**314-809-2343**<br>**heastwood@eastwoodlawstl.com** |
| **Maria Lanahan**<br>**314-340-4978**<br>**Maria.lanahan@ago.mo.gov** | |
| Court Reporter(s): | Please return files and documents to: |
| **Jeannine Ranking, 417-225-7713** | **United States District Court**<br>**222 N. John Q. Hammons Parkway; Suite 1400**<br>**Springfield, MO 65806** |
| | Contact Person for Appeal:<br>**spfdgen@mow.uscourts.gov** |

---

| Length of Trial: | Fee Paid: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| **4 Days** | **Yes** | **No** | **No** |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| **Retained** | **No** | **No** | **No** |

**Criminal Cases / Prisoner Pro Se Cases Only: N/A**

**Special Comments:**

___Previous 8th USCA number 21-03903____________________________________________________