UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: D. Bart Rockett, et al. vs. Hon. Eric D. Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1664 for the following party(s): (please specify)

Appellee D. Bart Rockett as next friend of his minor child B.R.

Appellee Kadan Rockett

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Hugh A. Eastwood, 62058M s/: s/ Hugh A. Eastwood

Firm Name: Hugh A. Eastwood, Attorney at Law

Business Address: 8112 Maryland Ave., Suite 400

City/State/Zip: St. Louis, MO 63105-3700

Telephone Number (Area Code): 314-809-2343

Email Address: hugh@eastwoodlawstl.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/10/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: