UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: D. Bart Rockett, et al. vs. Eric Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1664 for the following party(s): (please specify)

Eric Eighmy, in his individual capacity only

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Maria A. Lanahan s/: Maria A. Lanahan

Firm Name: Office of Missouri Attorney General

Business Address: 815 Olive Street, Suite #200

City/State/Zip: St. Louis Missouri 63101

Telephone Number (Area Code): (314) 340-4978

Email Address: Maria.Lanahan@ago.mo.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/15/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: