No. 25-1664

# United States Court of Appeals
## For the Eighth Circuit

D. ROCKET,

*Plaintiffs-Appellees*,

v.

ERIC EIGHMY,

*Defendant-Appellant*.

**DEFENDANT-APPELLANT'S METHOD OF APPENDIX PREPARATION**

Defendant-Appellant Eric Eighmy hereby certifies that the parties have conferred regarding the method of preparation of the appendix and have agreed to file a Joint Appendix pursuant to Federal Rule of Appellate Procedure 30(b)(1) and Eighth Circuit Local Rule 30A(b)(2).

Dated: April 16, 2025

Respectfully submitted,

**ANDREW BAILEY**
*Missouri Attorney General*

*/s/ Maria A. Lanahan*
Maria A. Lanahan, Mo. Bar No. 65956
*Principal Deputy Solicitor General*

Missouri Attorney
General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
Tel: (314) 340-4978
Fax: (573) 751-0774
Maria.Lanahan@ago.mo.gov

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Maria A. Lanahan*
Maria A. Lanahan