IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |

CERTIFICATE OF TRANSCRIPT

Defendant-Appellant certifies that on April 4, 2025 and April 11, 2025 the transcript was ordered for this appeal.

Dated: April 16, 2025

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Defendant-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ Maria A. Lanahan