No. 25-1664

# United States Court of Appeals
## For the Eighth Circuit

D. ROCKET,

*Plaintiffs-Appellees*,

v.

ERIC EIGHMY,

*Defendant-Appellant*.

**DEFENDANT-APPELLANT'S STATEMENT OF THE ISSUES UNDER FED. R. APP. P. 10(b)(3)**

Defendant-Appellant Eric Eighmy states that he intends to raise the following issues on appeal, without prejudice to amending this statement in their opening brief or adding to or removing the issues on appeal:

- Whether Appellant is entitled to qualified immunity because Plaintiffs failed to establish a violation of Fourth Amendment rights?
- Whether Appellant is entitled to qualified immunity because Plaintiffs failed to establish that any violation of Fourth Amendment rights was clearly established?

- Whether the district court erred by sending back to the jury the original jury verdict.
- Whether the district court erred by instructing the jury to award nominal damages when the parties included no nominal damages instruction.
- Whether the district court erred by denying the motion for judgment as a matter of law.
- Whether the district court erred by denying the motion to alter or amend judgment.
- Whether Plaintiffs' fee award should be denied or reduced on the grounds the Plaintiffs did not prevail; on the grounds that fees were unreasonable in comparison to other attorney fees in the area; that fees should be calculated under the hourly rate when performed rather than today's hourly rate; and that fees were irrelevant, inaccurate, expensive, redundant, or otherwise unnecessary.
- Whether Appellant is entitled to judicial immunity for his actions.

- Whether the District Court erred by denying summary judgment in favor of Appellant?
- Whether official immunity protects Appellant from liability?

Dated: April 17, 2025

Respectfully submitted,

**ANDREW BAILEY**
*Missouri Attorney General*

*/s/ Maria A. Lanahan*
Maria A. Lanahan, Mo. Bar No. 65956
*Principal Deputy Solicitor General*
815 Olive St., Suite 200
St. Louis, MO 63101
Tel: (314) 340-4978
Fax: (573) 751-0774
Maria.Lanahan@ago.mo.gov

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Maria A. Lanahan*
Maria A. Lanahan