IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |

<u>CONSENT MOTION FOR EXTENSION OF TIME</u>

Defendant-Appellant Eric Eighmy ("Appellant"), by and through the undersigned counsel, respectfully requests a thirty-one-day extension of time, up to and including June 23, 2025, to file the Appellant's Brief, Joint Appendix, and Addendum. In support of this Motion, Appellant states as follows:

1. Notice of Appeal was filed on April 2, 2025, in the U.S. District Court for the Western District of Missouri, No. 6:21-cv-03152-MDH.

2. On April 3, 2025, this Court set the briefing schedule for the appeal, which stated that Appellant's Brief, Appendix, and Addendum are due on May 23, 2025.

3. Due to the press of business and other scheduled matters, Appellant respectfully requests an extension of thirty-one days to file the Appellant's Brief, Joint Appendix, and Addendum.

4. This Motion is made in good faith and not for the purpose of undue delay.

5. Plaintiff-Appellee consents to this motion.

WHEREFORE, the undersigned respectfully requests a thirty-one-day extension of time to file the Appellant's brief, Joint Appendix, and Addendum, up to and including June 23, 2025.

Dated: May 14, 2025

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ *Maria A. Lanahan*