IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the CONSENT MOTION FOR EXTENSION OF TIME filed by Defendant-Appellant Judge Eric Eighmy on May 14, 2025, complies with type-volume limit, typeface requirements, and type-style requirements. The document complies with the type-volume limit of F.R.A.P. 27(d)(2) because, excluding the parts of the document exempted by F.R.A.P. 32(f), the document contains 181 words. The document complies with the typeface requirements of F.R.A.P. 32(a)(5) and the type-style requirements of F.R.A.P. 32(a)(6) because the document was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Century Schoolbook 14-point font.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Defendant-Appellant*

CERTIFICATE OF SERVICE

I hereby certify that this Certificate of Compliance was served on all counsel of record via the court's electronic filing system on May 15, 2025.

*/s/ Maria A. Lanahan*