# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1664

D. Bart Rockett, as next friend of his minor child, B.R. and Kadan Rockett

Appellees

v.

Eric Eighmy, in his individual capacity only

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until June 23, 2025 to file the brief and appendix.

May 15, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________________
/s/ Susan E. Bindler