UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. BART ROCKETT,<br>*as next friend of*<br>*his minor child B.R.,*<br>*et al.,*<br><br>Appellees-Plaintiffs,<br><br>v.<br><br>THE HONORABLE ERIC D. EIGHMY,<br>*in his individual capacity only,*<br><br>Appellant-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-1664 |

**Consent Motion to Substitute Party and Amend Judgment**

1. This appeal concerns a Judgment for money damages and attorney's fees and costs under 42 U.S.C. § 1983 and § 1988 respectively in favor of Appellee-Plaintiff D. Bart Rockett as next friend of his minor child B.R. and B.R.'s brother Appellee-Plaintiff Kadan Rockett, and against Appellant-Defendant the Hon. Eric D. Eighmy.

2. B.R. has turned 18 years of age as of the date of this filing. B.R.'s name is Brooklyn Rockett, and therefore under FRAP 25(a)(5) she no longer needs to proceed by her initials. Nor does she need to proceed any longer by a next friend

since the next friend's authority has extinguished.[1]

3. Undersigned counsel represents each of D. Bart Rockett as next friend, and Brooklyn Rockett herself, as well as Kadan Rockett.

4. Counsel for the Hon. Eric D. Eighmy consents to this motion.

WHEREFORE by consent Plaintiff-Appellee D. Bart Rockett as Next Friend of B.R., and proposed Plaintiff-Appellee Brooklyn Rockett, jointly move this Court to substitute Brooklyn Rockett for her father D. Bart Rockett as the real party in interest on the Judgment pursuant to FRAP 43(b).

Dated: July 1, 2025

Respectfully submitted,

*Counsel for Appellee-Plaintiff D. Bart Rockett as next friend of his minor child B.R. and Appellee-Plaintiff Kadan Rockett and proposed Substitute Appellee-Plaintiff Brooklyn Rockett*

/s/ Hugh A. Eastwood
Hugh A. Eastwood, 62058MO
Attorney at Law
8112 Maryland Ave., Suite 400
St. Louis, Missouri 63105-3700
hugh@eastwoodlawstl.com
(314) 809 2343
(314) 228 0107 eFax

/s/ W. Bevis Schock
W. Bevis Schock, 32551MO

[1] The record in the district court reflects that Kadan Rockett was substituted for his father D. Bart Rockett as a plaintiff by consent amendment of the pleadings pursuant to Fed. R. Civ. P. App. 211; R. Doc. 59; App. 294; R. Doc. 60.

Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO 63105
wbschock@schocklaw.com
Fax: 314-721-1698
Voice: 314-726-2322

/s/ Christopher R. Hoell
Christopher R. Hoell, 54011MO
Law Office of Chris Hoell
7911 Forsyth Blvd., Suite 300
Clayton, MO 63105
Phone: (314) 441-6559
E-mail: crh@hoell-law.com

## Certificate of Compliance

The undersigned certifies that this document complies with the type-volume limit of F.R.A.P. 27(d)(2) because, excluding the parts of the document exempted by F.R.A.P. 32(f), the document contains 225 words. The document complies with the typeface requirements of F.R.A.P. 32(a)(5) and the type-style requirements of F.R.A.P. 32(a)(6) because the document was prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

## Certificate of Service

The undersigned certifies that on July 1, 2025 (s)he filed this document with the Clerk to be served on all participants in the case by their counsel of record through operation of this Court's CM/ECF system.

*/s/ Hugh A. Eastwood, 62058MO*