**No. 25-1664**

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE EIGTH CIRCUIT**

---

Brooklyn ROCKETT; Kadan ROCKETT,

Plaintiffs–Appellees,

v.

Eric EIGHMY, in his individual capacity only,

Defendant–Appellant.

---

On Appeal from a final Judgment of the
United States District Court for the Western District of Missouri
The Honorable M. Douglas Harpool

---

**CERTIFICATE OF SERVICE FOR MOTION FOR LEAVE TO FILE A BRIEF OF THE NATIONAL POLICE ACCOUNTABILITY PROJECT AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND IN SUPPORT OF AFFIRMANCE**

---

The undersigned certifies that a true and correct copy of the National Police Accountability Project's Motion for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs-Appellees and In Support of Affirmance has been served electronically to counsel of record via operation of the Court's CM/ECF system this 31st day of July, 2025.

/s/ Lauren Bonds

Attorney for the National Police Accountability Project

Dated: August 4, 2025