**No. 25-1664**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGTH CIRCUIT**

---

Brooklyn ROCKETT; Kadan ROCKETT,

Plaintiffs–Appellees,

v.

Eric EIGHMY, in his individual capacity only,

Defendant–Appellant.

---

On Appeal from a final Judgment of the
United States District Court for the Western District of Missouri
The Honorable M. Douglas Harpool

---

# CERTIFICATE OF COMPLIANCE FOR MOTION FOR LEAVE TO FILE A BRIEF OF THE NATIONAL POLICE ACCOUNTABILITY PROJECT AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND IN SUPPORT OF AFFIRMANCE

---

The undersigned hereby certifies that National Police Accountability Project's motion for leave to file an amicus brief complies with Federal Rule of Appellate Procedure 27(d)(2) in that the document contains 406 words and is under the 5,200 word limit. This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief complies with the type-volume, typeface, and type style limitations

because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point

/s/ Lauren Bonds

Attorney for the National Police Accountability Project

Dated: August 4, 2025