**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-1664

Brooklyn Rockett and Kadan Rockett

Appellees

v.

Eric Eighmy, in his individual capacity only

Appellant

------------------------------

Institute for Justice

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

National Police Accountability Project has filed a motion for permission to file an amicus brief and has tendered a proposed amicus brief on behalf of Appellees. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motion. If at the end of that time no objections have been filed, the motion will be granted, and the brief will be filed.

August 04, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler