IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant-Appellant Eric Eighmy, by and through the undersigned counsel, respectfully requests a seven-day extension of time, up to and including August 25, 2025, to file Defendant-Appellant's Reply Brief. In support of this motion, Defendant-Appellant states as follows:

1. Appellant's Brief was filed June 24, 2025.

2. On July 28, 2025, Appellees' Brief was filed.

3. Appellant's Reply Brief is currently due August 18, 2025.

4. Due to a departure of another attorney yesterday, the press of business, and other scheduled matters, Defendant-Appellant respectfully requests an extension of seven days to file the Reply Brief.

5. This is the first request for an extension on the Reply Brief.

6. This Motion is made in good faith and will not prejudice Plaintiff-Appellee.

7. Counsel for Plaintiff-Appellee consents to this motion.

WHEREFORE, the undersigned respectfully requests a seven-day extension of time, up to and including August 25, 2025, to file Defendant-Appellant's Reply Brief.

Dated: August 8, 2025 Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ *Maria A. Lanahan*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 162 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

/s/ *Maria A. Lanahan*