**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-1664

Brooklyn Rockett and Kadan Rockett

Appellees

v.

Eric Eighmy, in his individual capacity only

Appellant

------------------------------

Institute for Justice

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until August 25, 2025 to file the brief.

August 11, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler