**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-1664

Brooklyn Rockett and Kadan Rockett

Appellees

v.

Eric Eighmy, in his individual capacity only

Appellant

------------------------------

Institute for Justice and National Police Accountability Project

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

National Police Accountability Project has filed a motion for leave to file an amicus brief on behalf of appellees.

No objections have been filed and the motion is granted. The clerk shall review the brief submitted by the amicus party for filing.

August 15, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler