IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |

CONSENT MOTION FOR SECOND
EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant-Appellant Eric Eighmy ("Appellant"), by and through the undersigned counsel, respectfully requests an eight day extension of time, up to and including, September 2, 2025, to file Appellant's Reply Brief. In support of this Motion, Appellant states as follows:

1. On August 11, 2025, this Court granted Appellant's first motion requesting an extension of time in which to file Appellant's Reply Brief.

2. Appellant's Reply is currently due August 25, 2025.

3. Due to recent staffing issues and increased workloads, Appellant respectfully requests an extension of eight days to file the Appellant's Reply Brief.

4. This Motion is made in good faith and not for the purpose of undue delay.

5. Plaintiff-Appellee consents to this motion.

WHEREFORE, the undersigned respectfully requests an eight day extension of time to file the Appellant's Reply Brief.

Dated: August 19, 2025 Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ *Maria A. Lanahan*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 150 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

/s/ *Maria A. Lanahan*