UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: D Rockett, et al. vs. Eric Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1664 for the following party(s): (please specify)

Eric Eighmy

[X] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: William J. Seidleck s/: *William J. Seidleck*

Firm Name: Office of Missouri Attorney General

Business Address: 815 Olive Street

City/State/Zip: St. Louis, Missouri 63101

Telephone Number (Area Code): (573) 301-5359

Email Address: William.Seidleck@ago.mo.gov

---

**CERTIFICATE OF SERVICE**

[X] I hereby certify that on 8/29/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: