IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Maria A. Lanahan moves to withdraw as counsel of record for Appellant Eric Eighmy. Said Appellant will not be prejudiced by this withdrawal as Appellant will continue to be represented by counsel already entered on the case.

Dated: September 5, 2025 Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ *Maria A. Lanahan*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 48 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

/s/ *Maria A. Lanahan*