**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Lauren Bonds
**CC:** Juliana M. Bartoli
Anya Bidwell
Louis Joseph Capozzi III
Hugh Athelstan Eastwood
Christopher R Hoell
Patrick M. Jaicomo
Eliana Machefsky
Adam J. Merello
Dylan Moore
W. Bevis Schock
William James Seidleck
Kevin Mark Smith

**FROM:** Diane N. Sturgeon

**DATE:** September 15, 2025

**RE:** 25-1664 Brooklyn Rockett, et al v. Eric Eighmy

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**Your new Certificate of Service is due 5 days from the date of this notice.**

__X___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.