**No. 25-1664**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGTH CIRCUIT**

---

Brooklyn ROCKETT; Kadan ROCKETT,

Plaintiffs–Appellees,

v.

Eric EIGHMY, in his individual capacity only,

Defendant–Appellant.

---

On Appeal from a final Judgment of the
United States District Court for the Western District of Missouri
The Honorable M. Douglas Harpool

---

**CERTIFICATE OF SERVICE OF PAPER COPIES OF BRIEF OF *AMICUS CURIAE* NATIONAL POLICE ACCOUNTABILITY PROJECT**

The undersigned certifies that the true and correct paper copies of the National Police Accountability Project's Brief as *Amicus Curiae* in Support of Plaintiffs-Appellees and In Support of Affirmance have been served to counsel of record and to the Court as of this 22nd day of September, 2025.

/s/ Lauren Bonds
Attorney for the National Police
Accountability Project

Dated: September 22, 2025