HUGH A. EASTWOOD
Attorney at Law

*Tel.* **314.809.2343** *eFax* **314.228.0107**
*hugh@eastwoodlawstl.com*

www.eastwoodlawstl.com
8112 Maryland Ave., Suite 400 | St. Louis, Missouri 63105–3700

By CM/ECF filing only

October 8, 2025

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

**Re:** ***Brooklyn Rockett, et al v. Eric Eighmy,* Case No. 25-1664**

Dear Ms. Bindler:

In response to the Court's Notice dated October 2, 2025, the following dates are exclusionary dates for counsel for Appellees Brooklyn Rockett and Kadan Rockett in the above-captioned case:

- The week of February 9, 2026

Respectfully submitted,

*/s/ Hugh Eastwood*

Hugh A. Eastwood, 62058MO