ATTORNEY GENERAL OF MISSOURI
CATHERINE L. HANAWAY

October 14, 2025

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

RE: *Brooklyn Rockett, et al v. Eric Eighmy*, Case No. 25-1664

Dear Ms. Bindler:

In response to the October 2, 2025 Notice, please note our conflict dates are:

November 17, 18, 19 and 20

Respectfully submitted,

***/s/ Louis J. Capozzi, III***

Louis J. Capozzi, III
Solicitor General

**Supreme Court Building**
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
Fax: (573) 751-0774
www.ago.mo.gov