ATTORNEY GENERAL OF MISSOURI
CATHERINE L. HANAWAY

November 5, 2025

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
110 South 10th Street, Room 24.329
St. Louis, Missouri 63102

RE: *Brooklyn Rockett, et al v. Eric Eighmy*, Case No. 25-1664

Dear Ms. Bindler:

In supplementing our response to the October 2, 2025 Notice, please note our conflict dates now include:

January 12, 13, 14, 15, and 16, 2026.

Respectfully submitted,

***/s/ Ryan Dugan***

Ryan Dugan
Assistant Solicitor General