IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| *Plaintiff-Appellee*, | ) | |
| | ) | |
| -vs- | ) | No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| *Defendant-Appellant*, | ) | |

**MOTION TO CONTINUE ORAL ARGUMENT**

Defendant-Appellant Eric Eighmy, by and through the undersigned counsel, respectfully requests a continuance of the oral argument in this case. In support of this Motion, Defendant-Appellant states as follows:

1. This case is scheduled for oral argument on January 14, 2025.

2. On November 5, 2025, counsel for Defendant-Appellant filed a letter supplementing their response to this Court's October 2, 2025 notice regarding conflict dates.

3. Our November 5, 2025 letter advised the Court our conflict dates now included January 12, 13, 14, 15 and 16, 2026.

4. The undersigned counsel is lead counsel on this case and plans to appear at the oral argument and argue this case.[1]

5. On December 12, 2025, this case was placed on the Court's calendar for oral argument including two other cases, *CNS International Ministries v. Jessica Bax,* No. 25-1634 that is scheduled for oral argument on January 13, 2026 and *Novartis Pharmaceuticals Corp. v. Catherine L. Hanaway, et al.,* No 25-1619 that is scheduled for oral argument on January 15, 2026.

6. Counsel for Defendant-Appellant is scheduled to argue at a trial on Monday, January 12, 2026 and to argue the two other Eighth Circuit cases referenced herein.

7. Counsel respectfully requests the oral argument in this case be continued to a future date to allow counsel adequate time to prepare for each.

8. The undersigned conferred with opposing counsel offering any day on the court's next three sessions but counsel for Plaintiff-Appellee would not consent to a continuance.

[1] On December 12, 2025, our office filed an Argument Response form in error due to an internal misunderstanding. The document should not have been filed.

WHEREFORE, for the reasons stated herein, Defendant-Appellant respectfully requests this case be removed from the January 14, 2026 calendar and moved to a date during the Court's next three sessions.

Dated: December 15, 2025 Respectfully submitted,

**CATHERINE L. HANAWAY**


*/s/ Louis J. Capozzi III*
Louis J. Capozzi III
*Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(573) 751-7890
Louis.Capozzi@ago.mo.gov


## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, the foregoing was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ Louis J. Capozzi, III*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 302 words

as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

*/s/ Louis J. Capozzi, III*