UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| BROOKLYN ROCKETT, *et al.* | ) | |
| | ) | |
| Plaintiff-Appellees, | ) | |
| | ) | |
| v. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Appellees the Rocketts' Opposition to Appellant Eighmy's**
**<u>Motion to Continue Oral Argument</u>**

Appellees Brooklyn Rockett and Kadan Rockett, by undersigned counsel Hugh A. Eastwood, W. Bevis Schock, and Christopher R. Hoell, state as follows for their Opposition to Appellant Eric Eighmy's Motion to Continue Oral Argument:

1. Appellees Brooklyn Rockett and Kadan Rockett's undersigned counsel have a combined 82 years of practice. To their knowledge and belief, none has ever filed an opposition to an opposing counsel's request for a continuance or an extension, out of principles of professional courtesy. Accordingly, they do not file this opposition lightly.

2. The Rocketts are confused, however, by the basis for Appellant Eric Eighmy's Motion to Continue Oral Argument.

3. Appellant Eighmy's motion is filed by Louis Capozzi, the Solicitor General of Missouri.

4. Counsel of record to argue this appeal is Ryan Dugan, an Assistant Solicitor General, who filed his *Oral Argument Response Form* with this Court on December 12, 2025, and filed his conflicts in correspondence dated November 5, 2025. It appears now, however, that this *Oral Argument Response Form* was filed by Mr. Dugan in error. *See* Motion, p.2.n.1.

5. Neither of those counsel is the counsel on the brief, Maria Lanahan, who of course has since been elevated to the U.S. District Court for the Eastern District of Missouri.

6. Appellant Eighmy's Motion does not identify any actual conflict for the oral argument date of January 14, 2025, but rather the press of other business on other dates that week for Mr. Capozzi.

7. This litigation has already stretched over 4 ½ years, with at least fourteen different attorneys of record representing Appellant Eighmy during that time. Appellees the Rocketts have been minor children during most of this litigation, and they and their parents have lived outside the Eighth Circuit at all relevant times to this litigation.

8. Appellant Eighmy has to date requested a total of 14 ½ months of extensions of time or continuances from Appellees the Rocketts during this litigation.

9. Undersigned counsel for Appellees the Rocketts have consented to every request for an extension of time by Appellant Eighmy's counsel during that time, between this Court (during the first interlocutory appeal in *Rockett v. Eighmy,* No. 21-3903) and the district court for the Western District of Missouri.[1]

10. Given the Court's calendar for oral argument in St. Louis, it appears that a continuance—the basis for which is not wholly clear—would delay this case by another 3 or 6 months at a minimum.

11. Appellant the Rocketts have already indicated in their correspondence to the Court that their counsel is not available the week of February 9 to 13, 2025, when this Court will hear oral argument in St. Paul, Minnesota.

12. Appellees the Rocketts suggest that it is time for this cause, which has already been litigated extensively to judgment and since briefed for this Court's second appellate review, to be argued and decided.

WHEREFORE Plaintiffs-Appellees Brooklyn Rockett and Kadan Rockett, by undersigned counsel, respectfully request this Court to DENY Defendant-Appellant Eric Eighmy's Motion to Continue Oral Argument.

Dated: December 15, 2025 Respectfully submitted,

*Attorneys for Plaintiffs-Appellees*

---

[1] In the district court, undersigned counsel Hugh Eastwood did request one two-week extension to complete discovery after his father unexpectedly died overseas on Easter Monday 2024, to which Appellant Eighmy's former counsel graciously agreed.

*Brooklyn Rockett & Kadan Rockett*

/s/ Hugh A. Eastwood
Hugh A. Eastwood, 62058MO
8112 Maryland Ave., Suite 400
St. Louis, Missouri 63105-3700
hugh@eastwoodlawstl.com
(314) 809 2343
(314) 228 0107 eFax

/s/ W. Bevis Schock
W. Bevis Schock, 32551MO
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO 63105
wbschock@schocklaw.com
Fax: 314-726-2322
Voice:314-721-1698

/s/ Christopher R. Hoell
Christopher R. Hoell, 54011MO
Law Office of Chris Hoell, LLC
7911 Forsyth Blvd., Ste. 300
Clayton, MO 63105
crh@hoell-law.com
314-441-6559

**Certificate of Compliance**

The undersigned certifies that this document complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, in that it is written in Times New Roman 14 point font, and contains 537 words as counted by Microsoft Word. The electronic copy of this brief has passed a software scan for viruses.

/s/ Hugh A. Eastwood

**Certificate of Service**

The undersigned certifies that (s)he e-filed this document on December 15, 2025 with the Clerk of the Court using the Eighth Circuit's CM/ECF system, with e-service on all counsel of record.

/s/ Hugh A. Eastwood