IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| D. ROCKETT, et al. | ) | |
| | ) | |
| *Plaintiff-Appellee*, | ) | |
| | ) | |
| -vs- | ) | No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| *Defendant-Appellant*, | ) | |

## REPLY IN SUPPORT OF MOTION TO CONTINUE ORAL ARGUMENT

Although Appellee expresses confusion over why Appellant is requesting a continuance, the reason is straightforward. Maria A. Lanahan, formerly Principal Deputy Solicitor General of Missouri, and now a federal judge, handled briefing on this case. Ryan Dugan, a junior Assistant Solicitor General, was assigned to monitor activity on the case while the Office decided who would argue the case following now-Judge Lanahan's departure.

The undersigned Solicitor General decided to argue this case. Before this Court calendared the case, the Solicitor General had started preparing for argument. But now that the Court has scheduled the case, the Solicitor General has three Eighth Circuit arguments and a trial day scheduled for the same week.

A continuance is warranted to allow the undersigned counsel adequate time to prepare this argument. Appellant reiterates that it can be available to argue the case on any date during the Court's next three sittings.

Dated: December 19, 2025 Respectfully submitted,

**CATHERINE L. HANAWAY**

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III
*Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(573) 751-7890
Louis.Capozzi@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, the foregoing was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ Louis J. Capozzi, III*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 156 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

*/s/ Louis J. Capozzi, III*