UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooklyn Rocket, et al vs. Eric Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1664 for the following party(s): (please specify)

Eric Eighmy

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: J. Michael Patton s/: J. Michael Patton

Firm Name: Missouri Attorney General's Office

Business Address: 615 E. 13th Street, Suite 401

City/State/Zip: Kansas City, Missouri 64106

Telephone Number (Area Code): (816) 889-2250

Email Address: Michael.Patton@ago.mo.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/30/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: