**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-1664

Brooklyn Rockett and Kadan Rockett

Appellees

v.

Eric Eighmy, in his individual capacity only

Appellant

------------------------------

Institute for Justice and National Police Accountability Project

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

Before the court is the motion of amicus of the Institute for Justice. The appellees are granted permission to yield 5 minutes of argument time to the movant.

January 08, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler