**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| BROOKLYN ROCKETT et al., | ) | |
| | ) | |
| *Plaintiffs-Appellees*, | ) | |
| | ) | |
| v. | ) | Case No. 25-1664 |
| | ) | |
| ERIC EIGHMY, | ) | |
| | ) | |
| *Defendant-Appellant*. | ) | |

## MOTION TO WITHDRAW

Peter F. Donohue, Sr., currently entered for the Missouri Attorney General, withdraws his appearance on behalf of Appellant, due to a change of position within the office. Separate counsel remains entered in the case representing Appellant.

Dated: March 30, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

/s/ Peter F. Donohue Sr.
Peter F. Donohue Sr., #75835
General Counsel
Office of the Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (314) 340-7838
Fax (573) 751-0774
Peter.Donohue@ago.mo.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, the forgoing motion was filed electronically through the Court's electronic filing system to be served electronically on all parties of record.

/s/ Peter F. Donohue Sr.