**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-1664

Brooklyn Rockett and Kadan Rockett

Appellees

v.

Eric Eighmy, in his individual capacity only

Appellant

------------------------------

Institute for Justice and National Police Accountability Project

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

The motion to withdraw appearance on behalf of Appellant Eric Eighmy filed by Peter F. Donohue, Sr. is granted.

April 03, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

__________________________________________
/s/ Susan E. Bindler