**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 13, 2026

John Michael Patton
ATTORNEY GENERAL'S OFFICE
Suite 401
615 E. 13th Street
Kansas City, MO 64106

RE: 25-1664 Brooklyn Rockett, et al v. Eric Eighmy

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)

cc: Juliana M. Bartoli
Anya Bidwell
Lauren Bonds
Louis Joseph Capozzi III
Ryan Patrick Dugan
Hugh Athelstan Eastwood
Christopher R Hoell
Patrick M. Jaicomo
Eliana Machefsky
Adam J. Merello
Dylan Moore

W. Bevis Schock
William James Seidleck
Kevin Mark Smith
Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 6:21-cv-03152-MDH