# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No. 25-1664

---

Brooklyn Rockett; Kadan Rockett

Plaintiffs - Appellees

v.

Eric Eighmy, in his individual capacity only

Defendant - Appellant

------------------------------

Institute for Justice; National Police Accountability Project

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**JUDGMENT**

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed in part and each of the judgments of the district court is otherwise affirmed in accordance with the opinion of this Court.

October 13, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler